| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **RFI Management, Inc.** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-1253217** |
| 4. | Debtor's address | **Principal place of business**<br>**4229 Constitution Dr. Unit D**<br>**Durham, NC 27705**<br>Number, Street, City, State & ZIP Code<br><br>**Durham**<br>County | **Mailing address, if different from principal place of business**<br>**PO Box 62332**<br>**Durham, NC 27715**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 1

Debtor  **RFI Management, Inc.**   Case number (*if known*) _____
             Name

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [✓] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**4422**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11. *Check all that apply*:
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - [✓] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- [✓] No.
- [ ] Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- [✓] No
- [ ] Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  **RFI Management, Inc.**    Case number (*if known*) _____
        Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49         ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99        ☐ 5001-10,000      ☐ 50,001-100,000
☐ 100-199      ☐ 10,001-25,000    ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☒ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☒ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor __RFI Management, Inc._____  Case number (*if known*) _____
          Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __March 29, 2017__
               MM / DD / YYYY

**X** __/s/ Edward Rosa_____     __Edward Rosa_____
Signature of authorized representative of debtor         Printed name

Title __President_____

**18. Signature of attorney**

**X** __/s/ James C. White_____     Date __March 29, 2017__
Signature of attorney for debtor                                          MM / DD / YYYY

**James C. White**
Printed name

**Parry Tyndall White**
Firm name

**100 Europa Drive, Suite 401**
**Chapel Hill, NC 27517**
Number, Street, City, State & ZIP Code

Contact phone __919-246-4676__     Email address __jwhite@ptwfirm.com__

**31859**
Bar number and State

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | RFI Management, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF NORTH CAROLINA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express  American Express Special Research  PO Box 981540  El Paso, TX 79998 | Thoams A. Lee, III  610-644-7800 | Trade debt | | | | $84,279.96 |
| AVP Flooring Installation, Inc.  Attn: Managing Agent  8334 Pineville Matthews Rd.  Charlotte, NC 28226 | Angelo Pastore  avpflooring@gmail.com | Subcontractor | | | | $19,624.28 |
| Chris Lopez  10 Linda Ln.  Katonah, NY 10536 | Chris Lopez  3birdsonestoneprod@gmail.com | Business loan | | | | $950.00 |
| Daltile  Attn: Managing Agent  PO Box 209058  Dallas, TX 75320-9058 | Gabe Carson  gabe.carson@daltile.com | Trade debt | | | | $15,468.92 |
| Filiberto Varo  Address unknown | Filiberto Varo  varito0102@gmail.com | Subcontractor | | | | $2,000.00 |
| Joseph Lopez  203 Playford Ln.  Cary, NC 27519 | Joseph Lopez  joseph.lopez@duke.edu | Business loan | | | | $2,000.00 |
| Manuel Aviles  4600 Silverdene St.  Raleigh, NC 27616 | Manuel Aviles  919-264-6314 | Subcontractor | | | | $1,900.00 |

| Debtor | **RFI Management, Inc.** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **On Deck**<br>**Attn: Managing Agent**<br>**901 N. Stuart St.**<br>**Suite 700**<br>**Arlington, VA 22203** | customerservice@ondeck.com<br>888-269-4246 | **Trade debt** | | | | $11,269.53 |
| **Swift Financial Corporation**<br>**Attn: Bankruptcy Notice**<br>**3505 Silverside Rd.**<br>**Suite 200**<br>**Wilmington, DE 19810-4905** | **Hannah Bullard**<br><br>hannah.bullard@swiftcapital.com<br>302-231-4224 | **Business loan** | | $154,511.82 | $16,956.47 | $137,555.35 |

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **RFI Management, Inc.**   Case No.
Debtor(s)   Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Edward Rosa**<br>**4229 Constitution Dr. Unit D**<br>**Durham, NC 27705** | | | **100%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 29, 2017**        Signature   **/s/ Edward Rosa**
                                              **Edward Rosa**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **RFI Management, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 29, 2017**

**/s/ Edward Rosa**  
**Edward Rosa**/**President**  
Signer/Title

American Express
American Express Special Research
PO Box 981540
El Paso, TX 79998


AVP Flooring Installation, Inc.
Attn: Managing Agent
8334 Pineville Matthews Rd.
Charlotte, NC 28226


Chris Lopez
10 Linda Ln.
Katonah, NY 10536


Daltile
Attn: Managing Agent
PO Box 209058
Dallas, TX 75320-9058


Durham County Tax Administration
200 E. Main St.
Durham, NC 27701


Edward Rosa
4229 Constitution Dr. Unit D
Durham, NC 27705


Factor King
Attn: Managing Agent
1600 Expressway Plaza Suite 102
Hauppauge, NY 11788


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114


Joseph Lopez
203 Playford Ln.
Cary, NC 27519


Manuel Aviles
4600 Silverdene St.
Raleigh, NC 27616

```
North Carolina Department of Commerce
Division of Employment Security
Attn: Managing Agent
PO Box 25903
Raleigh, NC 27611-5903


North Carolina Department of Revenue
Attn: Managing Agent
PO Box 1168
Raleigh, NC 27602-1168


On Deck
Attn: Managing Agent
901 N. Stuart St. Suite 700
Arlington, VA 22203


Swift Financial Corporation
Attn: Bankruptcy Notice
3505 Silverside Rd. Suite 200
Wilmington, DE 19810-4905


Voris M. Tejada, Jr.
PO Box 5016
Mount Laurel, NJ 08054-5016
```

# United States Bankruptcy Court
## Middle District of North Carolina

In re **RFI Management, Inc.**     Case No.
Debtor(s)     Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **RFI Management, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Edward Rosa**
**4229 Constitution Dr. Unit D**
**Durham, NC 27705**

☐ None [*Check if applicable*]

**March 29, 2017**     **/s/ James C. White**
Date     **James C. White 31859**
    Signature of Attorney or Litigant
    Counsel for **RFI Management, Inc.**
    **Parry Tyndall White**
    **100 Europa Drive, Suite 401**
    **Chapel Hill, NC 27517**
    **919-246-4676 Fax:919-246-9113**
    **mwalker@ptwfirm.com**