```
                       United States Bankruptcy Court
                       Middle District of North Carolina
```

In re:                                                      Case No. 17-80247-bak
RFI Management, Inc.                                        Chapter 11
        Debtor
## CERTIFICATE OF NOTICE

District/off: 0418-1          User: whitesell          Page 1 of 1                  Date Rcvd: May 05, 2017
                              Form ID: pdf014          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2017.
db         +RFI Management, Inc.,    PO Box 62332,    Durham, NC 27715-2332
acc        +Scott J. Scarano,    Padgett Business Services,    5920 S. Miami Blvd. Suite 202,
             Morrisville, NC 27560-8305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2017 at the address(es) listed below:
              James A. Beck, II    on behalf of Creditor    Swift Capital jbeck@vannattorneys.com
              James A. Beck, II    on behalf of Defendant    Swift Financial Corporation d/b/a Swift Capital
               jbeck@vannattorneys.com
              James C. White    on behalf of Plaintiff    RFI Management, Inc. jwhite@ptwfirm.com,
               mking@ptwfirm.com;mwalker@ptwfirm.com
              James C. White    on behalf of Debtor    RFI Management, Inc. jwhite@ptwfirm.com,
               mking@ptwfirm.com;mwalker@ptwfirm.com
              William P. Miller     bancm_ecf@ncmba.uscourts.gov
                                                                                             TOTAL: 5

SO ORDERED.

SIGNED this 5th day of May, 2017.

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

| | |
|---|---|
| IN RE:<br>RFI MANAGEMENT, INC.<br><br>DEBTOR | CHAPTER 11<br>CASE NO. 17-80247 |

### ORDER GRANTING APPLICATION TO EMPLOY ACCOUNTANT

THIS MATTER came before the Court upon the Application to Employ Accountant filed by RFI Management, Inc. (the "Debtor") pursuant to Sections 327 and 328 of the Bankruptcy Code and Bankruptcy Rule 2014 to employ as Debtor's accountant Scott J. Scarano, Enrolled Agent and the accounting firm of Padgett Business Services of NC.

After considering the matters set forth in the Application and the evidence presented, the Court finds that the relief requested is in the best interest of the Debtor's estate, the Debtor would suffer irreparable harm if the relief requested in the Motion is not granted immediately, and for good and sufficient reasons appearing, it is hereby ORDERED as follows:

1. The Debtor is authorized to retain and employ Scott J. Scarano and the accounting firm of Padgett Business Services of NC (collectively, the "Padgett") as the Debtor's accountant to render professional services to it at a blended hourly rate of $175.00

2. The accounting services rendered to the Debtor by Padgett shall be set forth in an applications filed with the Court in accordance with the Bankruptcy Administrator's traditional

standards, and noticed to all creditors, with payment for said services being made pursuant to order by the United States Bankruptcy Court.

    3.    The Order is effective as of the date of the filing of the Petition.

**END OF DOCUMENT**

**Parties to be Served**
**RFI Management, Inc.**
**Case No. 17-80247**

RFI Management, Inc.
Attn: Edward Rosa, Officer
4229 Constitution Dr. Unit D
Durham, NC 27705

Scott J. Scarano
Padgett Business Services
5920 S. Miami Blvd. Suite 202
Morrisville, NC 27560

James C. White
Parry Tyndall White
100 Europa Dr. Suite 401
Chapel Hill, NC 27517
(Via CM/ECF)