**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

IN RE:                                        CHAPTER 11
RFI MANAGEMENT, INC.                          CASE NO. 17-80247

                    DEBTOR

**MONTHLY OPERATING REPORT**

Month: <u>May 1-31, 2017</u>                    Dated Filed: <u>March 29, 2017</u>
Line of Business: <u>Construction</u>           NAICS Code: <u> 4422</u>

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct and complete.

Responsible Party:

*Edward c Rosa*
Original Signature of Responsible Party

Edward Rosa, President
Printed Name of Responsible Party

**Questionnaire: (All questions to be answered on behalf of the debtor.)**

|   |   | YES | NO | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Is the business still operating | ☒ | ☐ | ☐ |
| 2. | Have you paid all your bills on time this month? | ☐ | ☒ | ☐ |
| 3. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 4. | Have you deposited all of the receipts for your business in to the DIP account this month? | ☒ | ☐ | ☐ |
| 5. | Have you filed all of your tax returns and paid all of your taxes this month? | ☐ | ☒ | ☐ |
| 6. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 7. | Have you paid all of your insurance premiums this month? | ☒ | ☐ | ☐ |
| 8. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 9. | Are you current on your Chapter 11 Quarterly Fee Payment? | ☒ | ☐ | ☐ |
| 10. | Have you paid anything to your attorney or other professional this month? | ☐ | ☒ | ☐ |
| 11. | Did you have any unusual or significant unanticipated expenses this month? | ☐ | ☒ | ☐ |
| 12. | Has the business sold any goods or provided services or transferred any assets to any business related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Do you have any bank accounts open other than the DIP account? | ☐ | ☒ | ☐ |
| 14. | Have you sold any assets other than inventory this month? | ☐ | ☒ | ☐ |

15. Did any insurance company cancel your policy this month?  ☐ ☒ ☐
16. Have you borrowed money from anyone this month?  ☐ ☒ ☐
17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☒ ☐

**TAXES**

| | YES | NO |
|---|---|---|

Do you have any past due tax returns or past due post-petition tax obligations?  ☒ ☐
If yes, please provide a written explanation including when such returns will be filed, or when such payments will be made and the source of the funds for the payment.

(Exhibit A)

**INCOME**
Please separately list all of the income you received for the month. This list should include all income from cash and credit transactions. A summary statement of income and expenses may be submitted with the prior approval of the Bankruptcy Administrator.
**Total Income:**          **$84,724.73**

(Exhibit B)

**SUMMARY OF CASH ON HAND**
Cash on Hand at Start of Month:          **$6,573.75**
Cash on Hand at End of Month:          **$23,673.86**
Please provide the total amount of cash currently available to you
**Total:**          **$23,673.86**

**EXPENSES**
Please separately list all expenses paid by cash or by check from your bank accounts this month. Include the date paid, who was paid the money, the purpose and the amount. A summary statement of income and expenses may be submitted with the prior approval of the Bankruptcy Administrator.
**Total Expenses:**          **$67,624.62**

(Exhibit C)

**CASH PROFIT**
Income for the month (total from Exhibit B)          **$84,724.73**
Expenses for the month (total from Exhibit C)          **$67,624.62**
Subtract Line C from Line B
**Cash Profit for the Month**          **$17,100.11**

**UNPAID BILLS**

Please attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. The list must include the date the debt was incurred, who is owed the money, the purpose of the debt and when the debt is due.

A summary statement of accounts payable, with ageing information, may be submitted with the prior approval of the Bankruptcy Administrator. All unpaid non-trade payables must be listed separately, in detail.

**Total Payables:**                    **$14,900.00**

(Exhibit D)

**MONEY OWED TO YOU**

Please attach a list of all amounts owed to you by your customers for work you have done or the merchandise you have sold. You should include who owes you money, how much is owed and when is payment due. A summary statement of accounts receivable, with ageing information, may be submitted with the prior approval of the Bankruptcy Administrator. All unpaid non-trade receivables must be listed separately, in detail.

**Total Receivables:**                    **$94,722.53**

(Exhibit E)

**BANKING INFORMATION**

Please attach a copy of your latest bank statements for every account you have as of the date of this financial report or had during the period covered by this report.

First Citizens Checking Account xxx9603
First Citizens Checking Account xxx3796

(Exhibit F)

**EMPLOYEES**

| | |
|---|---|
| Number of employees when the case was filed? | **1** |
| Number of employees as of the date of this monthly report? | **1** |

**PROFESSIONAL FEES**

*Bankruptcy Related*:

| | |
|---|---|
| Professional fees relating to the bankruptcy case paid during this reporting period? | **$0.00** |
| Total professional fees relating to the bankruptcy case paid since the filing of the case? | **$0.00** |

*Non-Bankruptcy Related*:

| | |
|---|---|
| Professional fees paid not relating to the bankruptcy case paid during this reporting period? | **$0.00** |

**Additional Information:**

**(1)      Please attach all financial reports including an income statement, balance sheet, statement of cash flows, and statement of shareholders/partner's equity which you prepare internally.**

**(2)      Please add any information, such as a report of activities, which would assist a reasonably informed reviewer to fully understand the status of this bankruptcy case.**

# EXHIBIT A
## TAXES

**Extension has been filed for 2016 corporate tax returns**

**EXHIBIT B&C**
**INCOME AND EXPENSES**

**P&L STATEMENT ATTACHED**

# RFI MANAGEMENT, INC.

### Profit and Loss
### May 1- 31, 2017

Income

| | |
|---|---|
| Income | 84,724.73 |

Total Income — 84,724.73

Expenses

| | |
|---|---|
| Per Diem for May | 2,100.00 |
| Mileage for April and May | 4,427.50 |
| Hotels | 8,211.20 |
| Materials | 4,482.18 |
| Storage | 226.43 |
| Insurance | 98.34 |
| Sub-contractors | 38,532.89 |
| Adequate protection payments | 2,000.00 |
| Transportation[1] | 82.23 |
| Software | 287.60 |
| Banking Fees | 29.97 |
| Telephone for April and May | 755.70 |
| Court Fees | 325.00 |
| Salary | 6,065.58 |

Total Expenses — 67,624.62

Net profit or (net loss) — 17,100.11

---

[1] Gas erroneously purchased through the DIP account.  To be refunded by President.

**EXHIBIT D**
**UNPAID BILLS**

| Payee | Purpose of Debt | Amount of Owed as of 5/31/2017 | Due Date |
|---|---|---|---|
| Edward Rosa | April Salary and Withholdings | 8,000.00 | 4/2017 |
| Swift Capital | Adequate protection payment | 6,800.00 | 5/17/2017 |
| Public Storage | Storage | 100.00 | 5/2017 |
| **TOTAL** | | **14,900.00** | |

**EXHIBIT E**
**MONEY OWED TO YOU**

**AGEING ACCOUNTS RECEIVABLE REPORT ATTACHED**

RFI Management, Inc.

Ageing Accounts Receivable as of May 31, 2017

| Customer | Date Due | Days OD | 0-30 | 31-60 | 61-90 | 91+ | Total Due |
|----------|----------|---------|------|-------|-------|-----|-----------|
| Centerpointe Construction | 5/20/2017 | 11 | $24,855.01 | | | | $24,855.01 |
| Centerpointe Construction | 2/7/2017 | 113 | | | | $4,867.52 | $4,867.52 |
| CMC Construction | 4/20/2017 | 41 | | $65,000.00 | | | $65,000.00 |
| | **TOTALS** | | $24,855.01 | $65,000.00 | | $4,867.52 | $94,722.53 |

**EXHIBIT F**
**BANKING INFORMATION**

**The bank statements for the following accounts are attached:**

**First Citizens Checking Account No. xxx9603**
**First Citizens Checking Account No. xxx3796**

 **First**Citizens**Bank**

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

ZE
501

43839
**RFI MANAGEMENT INC**
**DEBTOR IN POSSESSION**
**4229 AMERICAN DR UNIT D**
**DURHAM NC 27705-6407**

| **Your Account(s) At A Glance** | |
|---|---|
| **Checking** | |
| **Balance** | **1,589.45+** |

---

Statement Period: May 1 , 2017    Thru May 31, 2017         Account Number :     9603

## Basic Business Checking

Account Number :     9603                    Enclosures In Statement:  0

| **Beginning Balance** | **6,573.75+** | Statement Period Days | 31 |
|---|---|---|---|
| 2  Deposits | 67,084.73+ | Average Ledger Balance | 14,250.00+ |
| 1  Other Credits | 1,500.00+ | | |
| 10  Checks | 67,677.86- | | |
| 12  Other Debits | 5,891.17- | | |
| Monthly Service Charge | 0.00 | | |
| **Ending Balance** | **1,589.45+** | | |

## Deposits To Your Account

| Date | Amount | Date | Amount |
|---|---|---|---|
| 05-05 | 51,368.29 | 05-08 | 15,716.44 |

## Other Credits To Your Account

| Date | Description | | Amount |
|---|---|---|---|
| 05-30 | Transfer  Internet   05-30  Seq # 13453     3796 | | 1,500.00 |
| | Total | | 1,500.00 |

## Checks Paid From Your Account

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 101 | 05-11 | 700.00 | 107 | 05-25 | 700.00 | 999 | 05-04 | 500.00 |
| 102 | 05-11 | 2,977.50 | 108 | 05-30 | 1,450.00 | 1000 | 05-08 | 51,368.29 |
| 104* | 05-23 | 4,624.28 | 997* | 05-12 | 325.00 | | | |
| 106* | 05-25 | 3,032.79 | 998 | 05-05 | 2,000.00 | | | |

*Prior Check Number(s) Not Included or Out of Sequence.

## Other Debits From Your Account

| Date | Description | Amount |
|---|---|---|
| 05-04 | Harland Clarke Chk Orders **ka*******0800 | 26.97 |
| 05-04 | Erie Insurance Achweb ***********3210 | 98.34 |
| 05-09 | Sprint8006396111 Achbillpay *****8812 | 755.70 |
| 05-10 | Purchase     Visa #9292    05-09 ATM 483100   Seq # 11274 | 273.18 |
| | Wal Sam's Club    4831 Wal-Sams   Durham    NC | |
| 05-12 | POS Signature- Visa #9292 Dal-Tile #329 Charlest 843-824-1970 SC | 546.13 |
| 05-15 | POS Signature- Visa #9292 Public Storage 25702 Charlotte NC | 226.43 |

 Direct Customer Inquiry Calls To
FIRST CITIZENS DIRECT
Telephone Banking At 1-888-323-4732.

Statement Period: May 1 , 2017    Thru May 31, 2017                                  Account Number : ████9603

## Other Debits From Your Account

| Date | Description | Amount |
|------|-------------|-------:|
| 05-17 | POS Signature- Visa #9292 In *floor Covering Sof 626-6839188 Ca | 500.00 |
| 05-24 | POS Signature- Visa #9292 Hotels.Com138393733440 Hotels.Com Wa | 1,381.92 |
| 05-25 | POS Signature- Visa #9292 Dal-Tile #332 Savannah 912-236-5516 Ga | 1,914.09 |
| 05-30 | POS Signature- Visa #9292 Embassy Suites 912-3308222 Ga | 150.99 |
| 05-30 | POS Signature- Visa #9292 Adobe *acropro Subs 800-833-6687 Ca | 14.42 |
| 05-31 | Paper Statement Fee | 3.00 |
|  | Total | 5,891.17 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|--------:|------|--------:|------|--------:|
| 05-04 | 5,948.44+ | 05-11 | 14,958.50+ | 05-24 | 7,354.74+ |
| 05-05 | 55,316.73+ | 05-12 | 14,087.37+ | 05-25 | 1,707.86+ |
| 05-08 | 19,664.88+ | 05-15 | 13,860.94+ | 05-30 | 1,592.45+ |
| 05-09 | 18,909.18+ | 05-17 | 13,360.94+ | 05-31 | 1,589.45+ |
| 05-10 | 18,636.00+ | 05-23 | 8,736.66+ |  |  |

**First Citizens Bank**

43839

Statement Period: May 1 , 2017    Thru May 31, 2017                     Account Number :   █████9603

## FOLLOW THESE EASY STEPS TO BALANCE YOUR CHECKING ACCOUNT

1. Write here the ending balance shown on the front of this statement.
2. Add deposits not credited in this statement. (Use table A.)
3. Total of lines 1 and 2.
4. Checks and other debits outstanding not charged to your account. (Use table B.)
5. Subtract line 4 from line 3. This should be your current checkbook balance.

Note: If your statement does not balance, please check to be sure you have entered in your check register all automatic transactions (service charges, advances, payments, drafts etc.) shown on the front of your statement. Please notify the Bank promptly of any discrepancy in your account statement.

| | |
|---|---|
| 1 | $ |
| 2 | +$ |
| 3 | =$ |
| 4 | - $ |
| 5 | =$ |

**A.** Deposits/Credits

| Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total Amount | |

**B.** Outstanding Checks/Debits

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total Amount | |

**How to Compute Interest Charges on Your Line of Credit.**        We figure the interest charge on your account by applying the periodic rate to your "average daily balance" (including current transactions). To get the "average daily balance," we first determine the daily balance of your Account each day. We take the beginning balance of your account each day, add any new advances and charges, and subtract any new payments or credits and any unpaid interest charges, credit insurance premiums, late charges and other charges that have been posted to the account. These calculations give us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Next, we multiply the "average daily balance" by the daily periodic rate applicable to your account. The daily periodic rate is determined by dividing the Annual Percentage Rate by 365. That result is then multiplied by the number of days in the billing cycle to obtain the monthly interest charge. Automatic payment debits are posted to your account after your "average daily balance" is calculated. Interest charges and any credit insurance premiums that accrue during each billing cycle are added to the balance of your account on the last day of the billing cycle prior to the calculation of your minimum payment.

**Variable Rate.**        Unless the terms of your revolving line of credit specify that the rate is fixed, your daily periodic rate and Annual Percentage Rate are variable rates subject to change each month.

**What To Do If You Think You Find A Mistake On Your Statement (Consumer Accounts Only).**        If you think there is an error on your statement, write to us at the address shown on page one of your statement. In your letter, give us the following information: (1) *Account information:* Your name and account number. (2) *Dollar amount:* The dollar amount of the suspected error. (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount; (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount; (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance; (4) We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases (Consumer Accounts Only).**        This section applies if you access your line of credit using a credit card. If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) (2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. (3) You must not yet have fully paid for the purchase. If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903; or by calling our Customer Contact Center at 1.888.323.4732. If you call, we may require you to provide us with a written statement concerning your dissatisfaction with the purchase. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Liability for Unauthorized Use of Credit Card (Consumer Accounts Only).**        If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at: Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903, or call us at our Customer Contact Center, 1.888.323.4732. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Credit History Errors.**        If you believe we have inaccurately reported information about your account history to a consumer reporting agency, please notify us in writing at the Bank address stated on page one of your statement.

**Prompt Crediting of Payments.**        To receive credit for a payment on the date we receive the payment, we must receive your payment prior to 5:00 p.m. on a Bank business day (any day except Saturday, Sunday or a bank holiday). If paying at a branch or by mail, then payments must include the payment coupon. In addition, if paying by mail, payment must be mailed to the specific address furnished by the Bank. Payments received at any of our ATMs; payments received on a business day after 5:00 p.m.; payments received at a branch or by mail without a coupon; and, payments received on a day that is not a Bank business day, will be credited to your account no later than the next Bank business day.

**Preauthorized Deposits.**        If direct deposits are made to your account at least every 60 days by the same person or entity, you can call us at the telephone number shown on page one of your statement to find out whether the deposit has been made.



Statement Period: May 1 , 2017    Thru May 31, 2017                    Account Number :          9603

**In Case of Errors or Questions About Your Electronic Transfers (Consumer Accounts Only).**                    If you think your statement or receipt is wrong or if you need more information about a transfer on a statement or receipt, telephone or write us as soon as you can at the telephone number or address which appears on page one of your statement.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You must: (1) tell us your name and account number; (2) describe the error or the transfer you are unsure about (including the date it occurred), and explain as clearly as you can why you believe it is in error or why you need more information; and (3) tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error promptly. We may take up to 45 days to complete our investigation (90 days for transfers initiated outside the U.S. or resulting from point-of-sale debit-card transactions). If we take more than 10 business days (5 days for certain Visa® Check Card transactions; 20 days for certain new accounts), we will recredit your account for the amount you think is in error, so that you will have the use of the money  during the time it takes to complete our investigation.

**Credit Limit.**                When you make a payment on your account, we may, at our option, delay advancing additional funds from your line of credit in reliance on that payment until we confirm that your payment has been fully and finally collected.  If we placed a hold on a credited payment pending our final determination of collectability, the "Available Credit" amount on the front page of this statement will **not** reflect this payment and funds in the amount of the hold will **not** be available to you for subsequent advances until we confirm that your payment has been fully and finally collected.

**Interest Charge.**                The term "Interest Charge" on your statement has the same meaning as the term "Finance Charge" that may appear in your revolving line of credit documents.

RFI MANAGEMENT
P.O BOX 62332
DURHAM
NORTH CAROLINA 27705

101

68-30/531
501

5/11/17

$ 700.00

Pay to the
Order of  Edward Pesa

Seven hundred w/ 00/100

Dollars

First Citizens Bank

Cashed Check

For 10 days - per Lithu

⑆053100300⑆    9603⑈  00101

**RFI MANAGEMENT**
P.O BOX 62332
DURHAM
NORTH CAROLINA 27705

5/11/17 KR

5/11/17

102

66-30531
591

Date        Check Amount

Pay to the Order of  Edward C. Rosa          $2,977.50

two thousand nine hundred seventy seven 50/100      Dollars

First Citizens Bank    Cashed Check
Acct#:

For  mileage - April/May                $2,977.50

⑆053100300⑆        9603⑈ 00102

---

00102

☐ CHECK HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

IF MOBILE DEPOSIT

ENDORSE HERE
X

Branch: 501
Seq: 10
Batch: 76826
Date: 05/11/17

Hillsborough Road

- The Security Weave™ pattern on back designed to deter fraud
- Microprint (M) lines print on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit - Item visible on front and back

**Do not cash if:**
- Any of the features listed above are missing or appear altered
- Fugitive ink on back lifts bulk or has discolored
- Brown stains and colored spots appear on both front and back

**RFI MANAGEMENT**
P.O BOX 62332
DURHAM
NORTH CAROLINA 27705

**104**
68-33/531
501

5/18/17    Date

Pay to the
Order of    AVP Flooring    $ 4624.28

four thousand six hundred twenty four with 28/100    Dollars

**First Citizens Bank**

For PFIt

⑆053100300⑆ ▉ 9603⑈ 00104

**RFI MANAGEMENT**
P.O BOX 62332
DURHAM
NORTH CAROLINA 27705

**106**
66-30/531
501

Date 5/25/17

Pay to the Order of _Edward C. Rosa_   $ 3032.79

_Three Thousand Thirty two w/ 79/100_ Dollars

Cashed Check
**First Citizens Bank** 9603

For _PayPal_

⑆053100300⑆      9603⑈ 00106

---

00106

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE

Branch: 501 - Hillsborough Road
Seq: 9
Batch: 820679
Date: 05/25/17

Seq: 00009  05/25/17  Batch: 820 979

RFI MANAGEMENT
P.O BOX 62332
DURHAM
NORTH CAROLINA 27706

107
66-30531
501

Date 5/25/17

Pay to the
Order of   Edward C. Rosa

$ 700.00

even hundred °°/100 1/00¢   Dollars

First Citizens Bank   9603

Cashed Check
05/25/17  501006  0041   Amount: $700.00

For  Per draw

⑆053100300⑆        9603⑈ 00107

---

CO 107

ENDORSE HERE
X

☐ CHECK HERE IF MOBILE DEPOSIT

Date: 05/25/17
Batch: 820679
Seq: 8
Branch: 501 — Hillsborough Road

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Seq: 8883  05/25/17  Batch: 820,679

• The security weave pattern on back designed to deter fraud
• microprint (M - lines printed on front and back
• The words "ORIGINAL DOCUMENT" across the back
• Photo Safe Deposit icon visible on front and back

Do not cash if:
• Any of the features listed above are missing or appear altered
• Fugitive ink on back logo, pink or has disappeared
• Brown stains and colored spots appear on both front and back

**RFI MANAGEMENT**
P.O BOX 62332
DURHAM
NORTH CAROLINA 27705

108

may 30/17

Pay to the
Order of    Edward C. Rosa                    $ 1,450.00

One thousand four hundred and fifty    Dollars

First Citizens Bank

For  Mileage - W A

⑆053100300⑆    9603⑆  00108

---

00108

Seq: 08113  05/30/11  Batch: 832 251

FOR DEPOSIT ONLY

ENDORSE HERE

Branch: 027 — Westinghouse
Seq: 116
Batch: 832251
Date: 05/30/17

KFI management

0997
66-30/531
500

DATE 4/26/17

PAY TO THE ORDER OF: Clerk, US Bankruptcy Court    $ 3.25.00

Three hundred and twenty five dollars xut00/100 DOLLARS

First Citizens Bank
FOR Case # 17-80247

⑆000997⑆ ⑉053100300⑉ 9603⑈

FOR CREDIT TO THE U.S. TREASURY
MAY 0 1 2017

RFI Managemt

**0998**
68-20/531
590

DATE 4/26/17

PAY TO THE ORDER OF **Swift**

$2,000.00

Two Thousand dollars and 00/100 _____ DOLLARS

First Citizens Bank

FOR Case# 17-80247 (Ch·11)
(Apn)

⑆000998⑆ ⑆053100300⑆ ⬛⬛⬛⬛⬛⬛9603⑆

For Deposit Only
Silicon Valley Bank
Swift Financial Corporation
Servicing Account

RFI Management

0999
(66-30/531
160

DATE _May 4/17_

PAY
TO THE
ORDER OF _(Cash) /Edward C. Rosa_ ___ $ 500.00

_five hundred dollars with 00/100 ¢_ DOLLARS

First Citizens Bank

FOR _trip to Charles 2050021 4708 Gas-etc_

⑈000999⑈ ⑆053100300⑆ 9603⑈

Branch: 754 – Concord Mills
Seq: 14
Batch: 741935
Date: 05/04/17

RFI Management Inc.

1000
86-30/531
600

DATE 5/6/17

PAY TO THE ORDER OF  RFI Management Inc.                    $ 51,368.29

fifty one thousand three hundred sixty eight and 29/100                    DOLLARS

First Citizens Bank

FOR to open Project 1 Account (West Ashley)

⑈001000⑈ ⑈053100300⑈ [███] 9603⑈

---

Branch: 102 – Raleigh Brier Creek
Seq: 91
Batch: 750722
Date: 05/06/17

Seq 00031 05/06/17 Batch 750,722



**First Citizens Bank**

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

ZE
102

14830
**RFI MANAGEMENT INC**
**DEBTOR IN POSSESSION**
**PROJECT 1**
**4229 AMERICAN DR UNIT D**
**DURHAM NC 27705-6407**

| Your Account(s) At A Glance | |
|---|---|
| **Checking** | |
| Balance | 22,084.41+ |

Statement Period: May 8 , 2017    Thru May 31, 2017                     Account Number :  ████3796

## Basic Business Checking
Account Number :  ████3796                                 Enclosures In Statement:  0

| Beginning Balance | 0.00 | Statement Period Days | 24 |
|---|---|---|---|
| 2 Deposits | 69,008.29+ | Average Ledger Balance | 31,581.00+ |
| 1 Other Credits | 86.11+ | | |
| 6 Checks | 36,941.40- | | |
| 23 Other Debits | 10,068.59- | | |
| Monthly Service Charge | 0.00 | | |
| **Ending Balance** | **22,084.41+** | | |

## Deposits To Your Account

| Date | Amount | Date | Amount |
|---|---|---|---|
| 05-08 | 51,368.29 | 05-26 | 17,640.00 |

## Other Credits To Your Account

| Date | Description | Amount |
|---|---|---|
| 05-17 | FDR Debit Card Visa #6262 The Home Depot #1118 Charleston SC | 86.11 |
| | Total | 86.11 |

## Checks Paid From Your Account

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 991 | 05-08 | 8,536.00 | 993 | 05-11 | 3,032.79 | 997* | 05-19 | 4,650.61 |
| 992 | 05-09 | 520.00 | 994 | 05-16 | 8,202.00 | 1000* | 05-30 | 12,000.00 |

*Prior Check Number(s) Not Included or Out of Sequence.

## Other Debits From Your Account

| Date | Description | Amount |
|---|---|---|
| 05-15 | POS Signature- Visa #6262 Dal-Tile #329 Charlest 843-824-1970 SC | 89.87 |
| 05-16 | POS Signature- Visa #6262 Embassy Suites N Chrls North Charles SC | 148.30 |
| 05-16 | POS Signature- Visa #6262 The Home Depot #1118 Charleston SC | 398.32 |
| 05-17 | POS Signature- Visa #6262 The Home Depot #1118 Charleston SC | 207.72 |
| 05-18 | POS Signature- Visa #6262 Dal-Tile #329 Charlest 843-824-1970 SC | 557.51 |
| 05-19 | POS Signature- Visa #6262 Creekside Lands Inn Charleston SC | 372.78 |
| 05-19 | POS Signature- Visa #6262 Creekside Lands Inn Charleston SC | 677.16 |
| 05-19 | POS Signature- Visa #6262 Creekside Lands Inn Charleston SC | 677.16 |



Direct Customer Inquiry Calls To
FIRST CITIZENS DIRECT
Telephone Banking At 1-888-323-4732.

Statement Period: May 8 , 2017    Thru May 31, 2017                                          Account Number : ████3796

## Other Debits From Your Account

| Date | Description | Amount |
|------|-------------|-------:|
| 05-22 | POS Signature- Visa #6262 The Home Depot #1103 Charleston SC | 157.72 |
| 05-22 | POS Signature- Visa #6262 Creekside Lands Inn Charleston SC | 304.38 |
| 05-22 | POS Signature- Visa #6262 Embassy Suites N Chrls North Charles SC | 311.59 |
| 05-22 | POS Signature- Visa #6262 Creekside Lands Inn Charleston SC | 474.24 |
| 05-22 | POS Signature- Visa #6262 Creekside Lands Inn Charleston SC | 1,083.00 |
| 05-22 | POS Signature- Visa #6262 Creekside Lands Inn Charleston SC | 1,083.00 |
| 05-25 | POS Signature- Visa #6262 Dal-Tile #329 Charlest 843-824-1970 SC | 17.97 |
| 05-25 | POS Signature- Visa #6262 The Home Depot #1120 Summerville SC | 35.53 |
| 05-25 | POS Signature- Visa #6262 The Home Depot #1120 Summerville SC | 35.54 |
| 05-25 | POS Signature- Visa #6262 The Home Depot #1120 Summerville SC | 107.89 |
| 05-30 | Withdrawal 3200 Hillsboroug Durham        NC A173 05-29  00863083796 | 200.00 |
| 05-30 | POS Signature- Visa #6262 Hotels.Com138534437407 Hotels.Com Wa | 1,546.68 |
| 05-30 | Transfer   Internet         05-30  Seq # 13453      5002169603 | 1,500.00 |
| 05-30 | POS Signature- Visa #6262 Sheetz 00005702 Durham NC | 20.87 |
| 05-30 | POS Signature- Visa #6262 Sheetz 00005702 Durham NC | 61.36 |
|  | Total | 10,068.59 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|--------:|------|--------:|------|--------:|
| 05-08 | 42,832.29+ | 05-16 | 30,441.01+ | 05-22 | 19,970.25+ |
| 05-09 | 42,312.29+ | 05-17 | 30,319.40+ | 05-25 | 19,773.32+ |
| 05-11 | 39,279.50+ | 05-18 | 29,761.89+ | 05-26 | 37,413.32+ |
| 05-15 | 39,189.63+ | 05-19 | 23,384.18+ | 05-30 | 22,084.41+ |

**First Citizens Bank**

14830

Statement Period: May 8 , 2017    Thru May 31, 2017

Account Number : ████████3796

## FOLLOW THESE EASY STEPS TO BALANCE YOUR CHECKING ACCOUNT

1. Write here the ending balance shown on the front of this statement.
2. Add deposits not credited in this statement. (Use table A.)
3. Total of lines 1 and 2.
4. Checks and other debits outstanding not charged to your account. (Use table B.)
5. Subtract line 4 from line 3. This should be your current checkbook balance.

Note: If your statement does not balance, please check to be sure you have entered in your check register all automatic transactions (service charges, advances, payments, drafts etc.) shown on the front of your statement. Please notify the Bank promptly of any discrepancy in your account statement.

| | |
|---|---|
| 1 | $ |
| 2 | +$ |
| 3 | =$ |
| 4 | - $ |
| 5 | =$ |

**A. Deposits/Credits**

| Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total Amount | |

**B. Outstanding Checks/Debits**

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| Total Amount | |

**How to Compute Interest Charges on Your Line of Credit.**  We figure the interest charge on your account by applying the periodic rate to your "average daily balance" (including current transactions). To get the "average daily balance," we first determine the daily balance of your Account each day. We take the beginning balance of your account each day, add any new advances and charges, and subtract any new payments or credits and any unpaid interest charges, credit insurance premiums, late charges and other charges that have been posted to the account. These calculations give us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Next, we multiply the "average daily balance" by the daily periodic rate applicable to your account. The daily periodic rate is determined by dividing the Annual Percentage Rate by 365. That result is then multiplied by the number of days in the billing cycle to obtain the monthly interest charge. Automatic payment debits are posted to your account after your "average daily balance" is calculated. Interest charges and any credit insurance premiums that accrue during each billing cycle are added to the balance of your account on the last day of the billing cycle prior to the calculation of your minimum payment.

**Variable Rate.**  Unless the terms of your revolving line of credit specify that the rate is fixed, your daily periodic rate and Annual Percentage Rate are variable rates subject to change each month.

**What To Do If You Think You Find A Mistake On Your Statement (Consumer Accounts Only).**  If you think there is an error on your statement, write to us at the address shown on page one of your statement. In your letter, give us the following information: (1) *Account information:* Your name and account number. (2) *Dollar amount:* The dollar amount of the suspected error. (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount; (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount; (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance; (4) We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases (Consumer Accounts Only).**  This section applies if you access your line of credit using a credit card. If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) (2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. (3) You must not have fully paid for the purchase. If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903; or by calling our Customer Contact Center at 1.888.323.4732. If you call, we may require you to provide us with a written statement concerning your dissatisfaction with the purchase. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Liability for Unauthorized Use of Credit Card (Consumer Accounts Only).**  If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at: Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903, or call us at our Customer Contact Center, 1.888.323.4732. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Credit History Errors.**  If you believe we have inaccurately reported information about your account history to a consumer reporting agency, please notify us in writing at the Bank address stated on page one of your statement.

**Prompt Crediting of Payments.**  To receive credit for a payment on the date we receive the payment, we must receive your payment prior to 5:00 p.m. on a Bank business day (any day except Saturday, Sunday or a bank holiday). If paying at a branch or by mail, then payments must include the payment coupon. In addition, if paying by mail, payment must be mailed to the specific address furnished by the Bank. Payments received at any of our ATMs; payments received on a business day after 5:00 p.m.; payments received at a branch or by mail without a coupon; and, payments received on a day that is not a Bank business day, will be credited to your account no later than the next Bank business day.

**Preauthorized Deposits.**  If direct deposits are made to your account at least every 60 days by the same person or entity, you can call us at the telephone number shown on page one of your statement to find out whether the deposit has been made.

 First Citizens Bank

Statement Period: May 8 , 2017    Thru May 31, 2017                    Account Number :        3796

**In Case of Errors or Questions About Your Electronic Transfers (Consumer Accounts Only).**                    If you think your statement or receipt is wrong or if you need more information about a transfer on a statement or receipt, telephone or write us as soon as you can at the telephone number or address which appears on page one of your statement.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You must: (1) tell us your name and account number; (2) describe the error or the transfer you are unsure about (including the date it occurred), and explain as clearly as you can why you believe it is in error or why you need more information; and (3) tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error promptly. We may take up to 45 days to complete our investigation (90 days for transfers initiated outside the U.S. or resulting from point-of-sale debit-card transactions). If we take more than 10 business days (5 days for certain Visa® Check Card transactions; 20 days for certain new accounts), we will recredit your account for the amount you think is in error, so that you will have the use of the money  during the time it takes to complete our investigation.

**Credit Limit.**                  When you make a payment on your account, we may, at our option, delay advancing additional funds from your line of credit in reliance on that payment until we confirm that your payment has been fully and finally collected.  If we placed a hold on a credited payment pending our final determination of collectability, the "Available Credit" amount on the front page of this statement will **not** reflect this payment and funds in the amount of the hold will **not** be available to you for subsequent advances until we confirm that your payment has been fully and finally collected.

**Interest Charge.**                 The term "Interest Charge" on your statement has the same meaning as the term "Finance Charge" that may appear in your revolving line of credit documents.



RFI Management - Project 1

0991

DATE 5/9/17

$8,536.00

PAY TO THE ORDER OF Filiberto Varo

eight thousand five hundred and thirty six and 00/100 DOLLARS

First Citizens Bank
West Ashley (Charleston)

FOR Tile / grout

⑆000991⑈ ⑉053100300⑈ 3796⑈

| Account Number | Posting Date | Amount | Serial Number | Source | Type | Status | Sequence Number |
|---|---|---|---|---|---|---|---|
| 3796 | 05/08/2017 | 8,536.00 | 991 | Check | Debit | Posted | 5600344654 |

0992

Edward's RFI Management

DATE 4/9/17

$520.00

PAY TO THE ORDER OF Thaddius Wright

fiue hundred and twenty mith $520¢ _____ DOLLARS

First Citizens Bank

ACCT

FOR labor work Charlestown Ave Project apartments

"000992"  :053100300:  3796"

Branch: 500 – Durham – Main
Seq: 25
Batch: 761635
Date: 05/09/17

| count Number | Posting Date | Amount | Serial Number | Source | Type | Status | Sequence Number |
|---|---|---|---|---|---|---|---|
| 3796 | 05/09/2017 | 520.00 | 992 | Check | Debit | Posted | 2700185773 |

RFI Management Inc.

0993
66-32/531
035

DATE 5/10/17

PAY TO THE ORDER OF  Edward C. Rosa                                    $3,032.79

Three thousand thirty two with 00/100 ₵                          DOLLARS

First Citizens Bank

FOR SAL Salary                                    Amount $

⑆000993⑆ ⑈053100300⑈ 3796⑈

ENDORSE
X Edward C. Rosa

Branch: 501 - Hillsborough Road
Seq: 11
Batch: 768264
Date: 05/11/17

RFI Management Inc

0994
66-XX/531
088

DATE 5/11/17

PAY TO THE ORDER OF Jose Frelin Solis                          $8,202.00

eight thousand two hundred and two with 00/100          DOLLARS

First Citizens Bank

FOR West Ashley — 3rd floor (25 units) + etc.

⑆000994⑆ ⑈053100300⑈ 3796⑈

Seq: 122
Batch: 169779
Date: 05/16/17

Jose Frelin Solis Devas

RFI Management, Inc

0997

DATE 5/17/17

PAY TO THE ORDER OF Juventino Payez Aldana                    $ 4650.61

four thousand six hundred and fifty with 61/100¢ DOLLARS

First Citizens Bank

Cashed Check

FOR West Ashley-Town Place Shopping

164.13 Sq. feet

⑈000997⑈ ⑆053100300⑆ 3796⑈

RFI Management

1000
66-30/531
061

DATE 5/30/17

PAY TO THE ORDER OF Filberto Varo

$ 12,000.00

Twelve Thousand with 00/100 ___ DOLLARS

First Citizens Bank

FOR West Ashley - 80 tub Enrround Units

⑈001000⑈ ⑊053100300⑊ ██████ 3796⑈