## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

IN RE:

RFI MANAGEMENT, INC.

**DEBTOR**

CHAPTER 11

CASE NO. 17-80247

## MONTHLY OPERATING REPORT

**Month: June 1 - 30, 2017**

**Line of Business: Construction**

Dated Filed: **March 29, 2017**

NAICS Code: **4422**

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct and complete.

Responsible Party:

*Edward c Rosa*

Original Signature of Responsible Party

Edward Rosa, President

Printed Name of Responsible Party

**Questionnaire: (All questions to be answered on behalf of the debtor.)**

| | | YES | NO | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Is the business still operating | ☒ | ☐ | ☐ |
| 2. | Have you paid all your bills on time this month? | ☐ | ☒ | ☐ |
| 3. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 4. | Have you deposited all of the receipts for your business in to the DIP account this month? | ☒ | ☐ | ☐ |
| 5. | Have you filed all of your tax returns and paid all of your taxes this month? | ☐ | ☒ | ☐ |
| 6. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 7. | Have you paid all of your insurance premiums this month? | ☒ | ☐ | ☐ |
| 8. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 9. | Are you current on your Chapter 11 Quarterly Fee Payment? | ☒ | ☐ | ☐ |
| 10. | Have you paid anything to your attorney or other professional this month? | ☐ | ☒ | ☐ |
| 11. | Did you have any unusual or significant unanticipated expenses this month? | ☐ | ☒ | ☐ |
| 12. | Has the business sold any goods or provided services or transferred any assets to any business related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Do you have any bank accounts open other than the DIP account? | ☐ | ☒ | ☐ |
| 14. | Have you sold any assets other than inventory this month? | ☐ | ☒ | ☐ |

15. Did any insurance company cancel your policy this month? ☐ ☒ ☐
16. Have you borrowed money from anyone this month? ☐ ☒ ☐
17. Have you paid any bills you owed before you filed bankruptcy? ☒ ☐ ☐

**TAXES**

                                                                    **YES**   **NO**

Do you have any past due tax returns or past due post-petition tax obligations?   ☒   ☐
If yes, please provide a written explanation including when such returns will be
filed, or when such payments will be made and the source of the funds for the
payment.

(Exhibit A)

**INCOME**
Please separately list all of the income you received for the month.  This list
should include all income from cash and credit transactions. A summary
statement of income and expenses may be submitted with the prior approval of
the Bankruptcy Administrator.
**Total Income:**                    **$27,340.36**

(Exhibit B)

**SUMMARY OF CASH ON HAND**
Cash on Hand at Start of Month:        **$23,673.86**
Cash on Hand at End of Month:          **$11,796.69**
Please provide the total amount of cash currently available to you
**Total:**                             **$11,796.69**

**EXPENSES**
Please separately list all expenses paid by cash or by check from your bank
accounts this month.  Include the date paid, who was paid the money, the
purpose and the amount. A summary statement of income and expenses may be
submitted with the prior approval of the Bankruptcy Administrator.
**Total Expenses:**                    **$39,217.53**

(Exhibit C)

**CASH PROFIT**
Income for the month (total from Exhibit B)        **$27,340.36**
Expenses for the month (total from Exhibit C)      **$39,217.53**
Subtract Line C from Line B
**Cash Profit for the Month**                      **($11,877.17)**

**UNPAID BILLS**

Please attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid.  The list must include the date the debt was incurred, who is owed the money, the purpose of the debt and when the debt is due.

A summary statement of accounts payable, with ageing information, may be submitted with the prior approval of the Bankruptcy Administrator.  All unpaid non-trade payables must be listed separately, in detail.

**Total Payables:**                      **$39,643.80**


(Exhibit D)


**MONEY OWED TO YOU**

Please attach a list of all amounts owed to you by your customers for work you have done or the merchandise you have sold.  You should include who owes you money, how much is owed and when is payment due.  A summary statement of accounts receivable, with ageing information, may be submitted with the prior approval of the Bankruptcy Administrator.  All unpaid non-trade receivables must be listed separately, in detail.

**Total Receivables:**                      **$167,000.00**


(Exhibit E)


**BANKING INFORMATION**

Please attach a copy of your latest bank statements for every account you have as of the date of this financial report or had during the period covered by this report.

First Citizens Checking Account xxx9603 – Operating Account
First Citizens Checking Account xxx3796 – West Ashley Project
First Citizens Checking Account xxx9363 – Pooler Project
First Citizens Checking Account xxx9494 – Sneads Ferry Project
First Citizens Checking Account xxx9488 – Knightdale Project


(Exhibit F)


**EMPLOYEES**

| Number of employees when the case was filed? | **1** |
| Number of employees as of the date of this monthly report? | **1** |

**PROFESSIONAL FEES**

*Bankruptcy Related*:

| Professional fees relating to the bankruptcy case paid during this reporting period? | **$0.00** |
| Total professional fees relating to the bankruptcy case paid since the filing of the case? | **$0.00** |

*Non-Bankruptcy Related*:

| Professional fees paid not relating to the bankruptcy case paid during this reporting period? | **$0.00** |

**Additional Information:**

**(1)      Please attach all financial reports including an income statement, balance sheet, statement of cash flows, and statement of shareholders/partner's equity which you prepare internally.**

**(2)      Please add any information, such as a report of activities, which would assist a reasonably informed reviewer to fully understand the status of this bankruptcy case.**

**EXHIBIT A**
**TAXES**

**Extension has been filed for 2016 corporate tax returns**

**EXHIBIT B&C**
**INCOME AND EXPENSES**

**P&L STATEMENT ATTACHED**

# RFI MANAGEMENT, INC.
Profit and Loss
June 1 - 30, 2017

Income

| | |
|---|---:|
| Income | 27,340.36 |
| **Total Income** | **27,340.36** |

Expenses

| | |
|---|---:|
| Per Diem for June | 2,700.00 |
| Mileage for June | 2,400.00 |
| Hotels | 7,970.46 |
| Materials | 7,904.81 |
| Storage Unit | 96.00 |
| Insurance | 211.13 |
| Sub-contractors | 4,425.70 |
| Transportation | 573.80 |
| Software | 393.60 |
| Banking Fees | 53.94 |
| Salary | 6,064.95 |
| Payroll Taxes (May and June) | 5,294.84 |
| Payroll Service | 235.40 |
| Employment Ad | 37.00 |
| Computer  Repairs | 739.06 |
| Taxes - IRS | 116.84 |
| **Total Expenses** | **39,217.53** |
| **Net profit or (net loss)** | **(11,877.20)** |

**EXHIBIT D**
**UNPAID BILLS**

| Payee | Purpose of Debt | Amount of Owed as of 5/31/2017 | Due Date |
|---|---|---|---|
| Edward Rosa | April Salary and Withholdings | 8,000.00 | 4/2017 |
| Swift Capital | Adequate protection payment | 6,800.00 | 5/17/2017 |
| Swift Capital | Adequate protection payment | 6,800.00 | 6/17/2017 |
| Sprint | Cell phone service | 481.13 | 6/2017 |
| Parry Tyndall White | Attorneys' Fees | 17,562.67 | |
| **TOTAL** | | **39,643.80** | |

**EXHIBIT E**
**MONEY OWED TO YOU**
Ageing Accounts Receivable as of June 30, 2017

| Customer | Amount Due |
|---|---|
| Centerpointe Construction<br>Pooler, GA Home 2 Suites | 36,000.00 |
| Centerpointe Construction<br>West Ashley/Charleston, SC Charleston<br>TownPlace Suites | 4,000.00 |
| Centerpointe Construction<br>Sneads Ferry, NC Hampton Inn | 50,000.00 |
| CMC Construction<br>Charlotte, NC Embassy Suites | 65,000.00 |
| Centerpointe Construction/Patel Construction<br>Group<br>Winston Salem | 12,000.00 |
| **TOTAL** | **167,000.00** |

**EXHIBIT F**
**BANKING INFORMATION**

**The bank statements for the following accounts are attached:**

**First Citizens Checking Account xxx9603 – Operating Account**
**First Citizens Checking Account xxx3796 – West Ashley Project**
**First Citizens Checking Account xxx9363 – Pooler Project**
**First Citizens Checking Account xxx9494 – Sneads Ferry Project**
**First Citizens Checking Account xxx9488 – Knightdale Project**

 **First**Citizens**Bank**

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

ZE
501

61236
**R F I  MANAGEMENT  INC
DEBTOR  IN  POSSESSION
4229  AMERICAN  DR  UNIT  D
DURHAM  NC  27705-6407**

| Your Account(s) At A Glance | |
| --- | --- |
| **Checking** | |
| **Balance** | **4,267.42+** |

Statement Period: June 1 , 2017    Thru June 30, 2017          Account Number :  ████9603

## Basic Business Checking
Account Number :  █████9603                    Enclosures In Statement:   0

| | | Statement Period Days | 30 |
| --- | --- | --- | --- |
| **Beginning Balance** | **1,589.45**+ | Average Ledger Balance | 11,804.00+ |
| 3  Deposits | 27,340.36+ | | |
| 0  Other Credits | 0.00 | | |
| 7  Checks | 5,275.39- | | |
| 22  Other Debits | 19,387.00- | | |
| Monthly Service Charge | 0.00 | | |
| **Ending  Balance** | **4,267.42**+ | | |

## Deposits To Your Account

| Date | Amount | Date | Amount | Date | Amount |
| --- | --- | --- | --- | --- | --- |
| 06-09 | 24,885.01 | 06-16 | 82.23 | 06-26 | 2,373.12 |

## Checks Paid From Your Account

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 105 | 06-06 | 116.84 | 112 | 06-26 | 3,032.16 | 115 | 06-26 | 200.00 |
| 109* | 06-16 | 26.39 | 113 | 06-26 | 300.00 | | | |
| 111* | 06-16 | 1,400.00 | 114 | 06-26 | 200.00 | | | |

*Prior Check Number(s) Not Included or Out of Sequence.

## Other Debits From Your Account

| Date | Description | Amount |
| --- | --- | --- |
| 06-07 | POS Signature- Visa #9292 L Fishman And Son Bran 410-633-0066 NC | 60.85 |
| 06-07 | POS Signature- Visa #9292 Computer Services Of C Durham NC | 739.06 |
| 06-09 | Erie Ins Group Eriexpspay Q*****1158 | 36.63 |
| 06-12 | POS Signature- Visa #9292 Fai*pekin Insurance 800-322-0160 Il | 174.50 |
| 06-16 | POS Signature- Visa #9292 In *measure Square COR 626-6839188 Ca | 250.00 |
| 06-19 | POS Signature- Visa #9292 Microsoft *store 800-642-7676 Wa | 107.49 |
| 06-19 | POS Signature- Visa #9292 Best Tile Raleigh 919-832-1235 NC | 109.32 |
| 06-19 | POS Signature- Visa #9292 Hotels.Com139083339961 Hotels.Com Wa | 305.20 |
| 06-19 | Transfer  Internet        06-19 Seq # 17009          ████3796 | 1,000.00 |
| 06-20 | Transfer  Internet        06-20 Seq # 37959          ████3796 | 7,000.00 |
| 06-20 | Transfer  Internet        06-20 Seq # 39550          ████9363 | 7,000.00 |
| 06-21 | POS Signature- Visa #9292 The Home Depot #0179 Pooler Ga | 11.20 |
| 06-21 | POS Signature- Visa #9292 Hotels.Com139142469039 Hotels.Com Wa | 489.30 |
| 06-22 | POS Signature- Visa #9292 The Home Depot #0179 Pooler Ga | 148.73 |
| 06-26 | POS Signature- Visa #9292 Hotels.Com139286089226 Hotels.Com Wa | 457.80 |

 Direct Customer Inquiry Calls To
FIRST CITIZENS DIRECT
Telephone Banking At 1-888-323-4732.

Statement Period: June 1 , 2017    Thru June 30, 2017                     Account Number :    ████████9603

## Other Debits From Your Account

| Date | Description | Amount |
|------|-------------|--------|
| 06-26 | POS Signature- Visa #9292 Adobe *acropro Subs 800-833-6687 Ca | 16.11 |
| 06-27 | POS Signature- Visa #9292 Skype 352-000000 Wa | 10.00 |
| 06-27 | POS Signature- Visa #9292 Skype 352-000000 Wa | 10.00 |
| 06-28 | POS Signature- Visa #9292 Public Storage 25702 Charlotte NC | 96.00 |
| 06-29 | POS Signature- Visa #9292 Craigslist.Org 415-399-5200 Ca | 7.00 |
| 06-29 | D4160 Rfi Manage Transfer D4160 | 44.60 |
| 06-29 | D4160 Rfi Manage Transfer D4160 | 1,313.21 |
| | Total | 19,387.00 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 06-06 | 1,472.61+ | 06-19 | 22,230.41+ | 06-27 | 5,728.23+ |
| 06-07 | 672.70+ | 06-20 | 8,230.41+ | 06-28 | 5,632.23+ |
| 06-09 | 25,521.08+ | 06-21 | 7,729.91+ | 06-29 | 4,267.42+ |
| 06-12 | 25,346.58+ | 06-22 | 7,581.18+ | | |
| 06-16 | 23,752.42+ | 06-26 | 5,748.23+ | | |

 **FirstCitizensBank**

61236

Statement Period: June 1 , 2017    Thru June 30, 2017                    Account Number :    ████9603

## FOLLOW THESE EASY STEPS TO BALANCE YOUR CHECKING ACCOUNT

1. Write here the ending balance shown on the front of this statement.
2. Add deposits not credited in this statement. (Use table A.)
3. Total of lines 1 and 2.
4. Checks and other debits outstanding not charged to your account. (Use table B.)
5. Subtract line 4 from line 3. This should be your current checkbook balance.

Note: If your statement does not balance, please check to be sure you have entered in your check register all automatic transactions (service charges, advances, payments, drafts etc.) shown on the front of your statement. Please notify the Bank promptly of any discrepancy in your account statement.

| | |
|---|---|
| 1 | $ |
| 2 | +$ |
| 3 | =$ |
| 4 | - $ |
| 5 | =$ |

**A.** Deposits/Credits

| Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total Amount | |

**B.** Outstanding Checks/Debits

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Total Amount | |

**How to Compute Interest Charges on Your Line of Credit.**        We figure the interest charge on your account by applying the periodic rate to your "average daily balance" (including current transactions). To get the "average daily balance," we first determine the daily balance of your Account each day. We take the beginning balance of your account each day, add any new advances and charges, and subtract any new payments or credits and any unpaid interest charges, credit insurance premiums, late charges and other charges that have been posted to the account. These calculations give us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Next, we multiply the "average daily balance" by the daily periodic rate applicable to your account. The daily periodic rate is determined by dividing the Annual Percentage Rate by 365. That result is then multiplied by the number of days in the billing cycle to obtain the monthly interest charge. Automatic payment debits are posted to your account after your "average daily balance" is calculated. Interest charges and any credit insurance premiums that accrue during each billing cycle are added to the balance of your account on the last day of the billing cycle prior to the calculation of your minimum payment.

**Variable Rate.**        Unless the terms of your revolving line of credit specify that the rate is fixed, your daily periodic rate and Annual Percentage Rate are variable rates subject to change each month.

**What To Do If You Think You Find A Mistake On Your Statement (Consumer Accounts Only).**        If you think there is an error on your statement, write to us at the address shown on page one of your statement. In your letter, give us the following information: (1) *Account information:* Your name and account number. (2) *Dollar amount:* The dollar amount of the suspected error. (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount; (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount; (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance; (4) We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases (Consumer Accounts Only).**        This section applies if you access your line of credit using a credit card. If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) (2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. (3) You must not yet have fully paid for the purchase. If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903; or by calling our Customer Contact Center at 1.888.323.4732. If you call, we may require you to provide us with a written statement concerning your dissatisfaction with the purchase. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Liability for Unauthorized Use of Credit Card (Consumer Accounts Only).**        If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at: Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903, or call us at our Customer Contact Center, 1.888.323.4732. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Credit History Errors.**        If you believe we have inaccurately reported information about your account history to a consumer reporting agency, please notify us in writing at the Bank address stated on page one of your statement.

**Prompt Crediting of Payments.**        To receive credit for a payment on the date we receive the payment, we must receive your payment prior to 5:00 p.m. on a Bank business day (any day except Saturday, Sunday or a bank holiday). If paying at a branch or by mail, then payments must include the payment coupon. In addition, if paying by mail, payment must be mailed to the specific address furnished by the Bank. Payments received at any of our ATMs; payments received on a business day after 5:00 p.m.; payments received at a branch or by mail without a coupon; and, payments received on a day that is not a Bank business day, will be credited to your account no later than the next Bank business day.

**Preauthorized Deposits.**        If direct deposits are made to your account at least every 60 days by the same person or entity, you can call us at the telephone number shown on page one of your statement to find out whether the deposit has been made.



Statement Period: June 1 , 2017    Thru June 30, 2017                    Account Number :          9603

**In Case of Errors or Questions About Your Electronic Transfers (Consumer Accounts Only).**                    If you think your statement or receipt is wrong or if you need more information about a transfer on a statement or receipt, telephone or write us as soon as you can at the telephone number or address which appears on page one of your statement.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You must: (1) tell us your name and account number; (2) describe the error or the transfer you are unsure about (including the date it occurred), and explain as clearly as you can why you believe it is in error or why you need more information; and (3) tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error promptly. We may take up to 45 days to complete our investigation (90 days for transfers initiated outside the U.S. or resulting from point-of-sale debit-card transactions). If we take more than 10 business days (5 days for certain Visa® Check Card transactions; 20 days for certain new accounts), we will recredit your account for the amount you think is in error, so that you will have the use of the money  during the time it takes to complete our investigation.

**Credit Limit.**                When you make a payment on your account, we may, at our option, delay advancing additional funds from your line of credit in reliance on that payment until we confirm that your payment has been fully and finally collected.  If we placed a hold on a credited payment pending our final determination of collectability, the "Available Credit" amount on the front page of this statement will **not** reflect this payment and funds in the amount of the hold will **not** be available to you for subsequent advances until we confirm that your payment has been fully and finally collected.

**Interest Charge.**                The term "Interest Charge" on your statement has the same meaning as the term "Finance Charge" that may appear in your revolving line of credit documents.



**RFI MANAGEMENT**
P.O BOX 62332
DURHAM
NORTH CAROLINA 27706

105
66-30/531
501

5/24/17

Date

Pay to the Order of ___ United States Treasury ___ $116.54

One hundred and sixteen 10784/1036 Dollars

First Citizens Bank

For CP-13481 Employer ID# 46-1253217

9603⑈ 00105 ⑈000001⑈684⑈

ENDORSE HERE

RE IF MOBILE DEPOSIT

Security Features exceed industry standards and include
• Matching account and check number on back
• The Security pattern on back
• Microprint lines printed on front and back
• The words CHECK across the back

Do not...

**RFI MANAGEMENT**
P.O BOX 62332
DURHAM
NORTH CAROLINA 27705

109

56-30/531
501

CheckAssure

Date 6/16/17

Pay to the Order of Edward C. Rosa

$26.39

Twenty six with 39/100¢ Dollars

First Citizens Bank

For April Reimbursed expenses

⑈ 9603⑈ 00109

ENDORSE HERE

X Edward C. Rosa
For deposit

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
FOR FINANCIAL INSTITUTION USE ONLY

**RFI MANAGEMENT**
P.O BOX 62332
DURHAM
NORTH CAROLINA 27705

111

66-30/531
501

6/16/17

Date ⬡ CheckAssure

Pay to the Order of: Edward C. Rosa

$ 1,400.00

one thousand four hundred w7 00/100   Dollars

First Citizens Bank

For: mileage - partial

⑨603⑪ 00111

ENDORSE HERE
X Edward C. Rosa
for deposit

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE



**RFI MANAGEMENT**
P.O BOX 62332
DURHAM
NORTH CAROLINA 27705

112

65-30/531
501

6/23/17  Date

Pay to the Order of  Edward C. Rosa  $ 3032.16

Three Thousand Thirty two with 16/100  Dollars

First Citizens Bank

Cashed Check

For Payroll - 06/23/17

9603   00112

ENDORSE HERE
X
Edward C. Rosa

☐ CHECK HERE IF MOBILE DEPOSIT
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
♦ RESERVED FOR FINANCIAL INSTITUTION USE ♦

Branch: 102 – Raleigh Brier Creek
Batch: 928873
Seq: 4
Date: 06/24/17

• The Security Weave pattern on back designed to deter fraud
• Microprint title lines printed on front and back
• The words ORIGINAL DOCUMENT across the back
• Photo Safe Deposit icon visible on front and back

Do not cash if:
• Any of the features listed above are missing or appear altered
• Festive tint on back fades pink or has disappeared
• Brown stains and colored spots appear on both front and back

**RFI MANAGEMENT**
P.O BOX 62332
DURHAM
NORTH CAROLINA 27705

113

66-30/531
501

Check Assure

June 22/17
Date

Pay to the
Order of    Edward C. Rosa

$ 300.00

Three hundred dollars
Dollars

First Citizens Bank

For    per diem

Branch: 102 – Raleigh Brier Creek
Batch: 928873
Seq: 3
Date: 06/24/17

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

☐ CHECK HERE IF MOBILE DEPOSIT

ENDORSE HERE

X    Edward C. Rosa

- Microprint text lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit   Icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains and colored spots appear on both front and back

**RFI MANAGEMENT**
P.O BOX 62332
DURHAM
NORTH CAROLINA 27705

**114**
64-30/531
501

Date 6/26/17

Pay to the Order of  *RFI Management*

$ 200.50

*Two hundred w/ 00/100 ¢* Dollars

**First Citizens Bank**   (Shards Ferry)

For *Opening Project 3 account*

9603  00114

• The security screen on back describes to detect fraud
• Security features printed on front and back
• The words ORIGINAL DOCUMENT across the back
• Photo Safe Deposit icon visible on front and back

Do not cash if
• Any of the features listed above are missing and/or altered
• Feedive Ink on back fades back or has disappeared
• Brown stains and colored spots appear on both front and back

Branch: 501 – Hillsborough Road
Seq: 77
Batch: 934125
Date: 06/26/17

☐ CHECK HERE IF MOBILE DEPOSIT
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
• RESERVED FOR FINANCIAL INSTITUTION USE •

X
ENDORSE HERE

**RFI MANAGEMENT**
P.O BOX 62332
DURHAM
NORTH CAROLINA 27706

115

66-30/531
501

6/26/17

Date    Check Assure

Pay to the
Order of _RFI Management_    $ 200.00

_two hundred w/ 00/100 ¢_    Dollars

First Citizens Bank

For _opening Project 4 account (Knightdale)_

⑆ ███████████ 9603⑆ 00115

---

CHECK HERE IF MOBILE DEPOSIT
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE
X

Branch: 501 – Hillsborough Road
Seq: 79
Batch: 934125
Date: 06/26/17

• The Security feature - pattern on back describe to deter fraud
• Intaglio print copies jagged on front and back
• The words "Original Document" across the back
• Photo Safe Deposit - icon visible on front and back

. Do not cash it:
• Any of the features listed above are missing or appear altered
• Remove ink on back does pink or has disappeared
• Brown stains and colored spots appear on both front and back

 **FirstCitizensBank**

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

ZE
102

20139
**RFI MANAGEMENT INC**
**DEBTOR IN POSSESSION**
**PROJECT 1**
**4229 AMERICAN DR UNIT D**
**DURHAM NC 27705-6407**

| **Your Account(s) At A Glance** | |
|---|---|
| **Checking** | |
| **Balance** | **2,991.40+** |

Statement Period: June 1 , 2017    Thru June 30, 2017                Account Number :    ▮3796

## Basic Business Checking

Account Number :   ▮3796                                Enclosures In Statement:   0

| **Beginning Balance** | **22,084.41+** | Statement Period Days | 30 |
|---|---|---|---|
| 0  Deposits | 0.00 | Average Ledger Balance | 7,973.00+ |
| 3  Other Credits | 8,573.80+ | | |
| 8  Checks | 11,058.49- | | |
| 27  Other Debits | 16,608.32- | | |
| Monthly Service Charge | 0.00 | | |
| **Ending  Balance** | **2,991.40+** | | |

## Other Credits To Your Account

| Date | Description | Amount |
|---|---|---|
| 06-14 | FDR Debit Card Visa #6262 Delta Air 0068629383 Bellevue Wa | 573.80 |
| 06-19 | Transfer  Internet        06-19  Seq # 17009      ▮9603 | 1,000.00 |
| 06-20 | Transfer  Internet        06-20  Seq # 37959      ▮9603 | 7,000.00 |
| | Total | 8,573.80 |

## Checks Paid From Your Account

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 500 | 06-08 | 300.00 | 503 | 06-12 | 4,125.70 | 506 | 06-27 | 1,000.00 |
| 501 | 06-08 | 3,032.79 | 504 | 06-09 | 200.00 | 507 | 06-27 | 1,000.00 |
| 502 | 06-08 | 700.00 | 505 | 06-22 | 700.00 | | | |

*Prior Check Number(s) Not Included or Out of Sequence.

## Other Debits From Your Account

| Date | Description | Amount |
|---|---|---|
| 06-01 | POS Signature- Visa #6262 Hotels.Com138582030415 Hotels.Com Wa | 1,492.56 |
| 06-01 | D4160 Rfi Manage Transfer D4160 | 146.20 |
| 06-01 | D4160 Rfi Manage Transfer D4160 | 2,668.42 |
| 06-02 | POS Signature- Visa #6262 The Home Depot #0179 Pooler Ga | 348.29 |
| 06-05 | POS Signature- Visa #6262 Dal-Tile #332 Savannah Savannah Ga | 3,053.76 |
| 06-08 | Harland Clarke Chk Orders ***********0800 | 26.97 |
| 06-08 | D4160 Rfi Manage Transfer D4160 | 44.60 |
| 06-08 | D4160 Rfi Manage Transfer D4160 | 1,313.21 |
| 06-12 | POS Signature- Visa #6262 Craigslist.Org 415-399-5200 Ca | 15.00 |
| 06-12 | POS Signature- Visa #6262 Craigslist.Org 415-399-5200 Ca | 15.00 |

 Direct Customer Inquiry Calls To
FIRST CITIZENS DIRECT
Telephone Banking At 1-888-323-4732.

Statement Period: June 1 , 2017    Thru June 30, 2017          Account Number : ███████3796

## Other Debits From Your Account

| Date | Description | Amount |
|------|-------------|--------|
| 06-12 | POS Signature- Visa #6262 Hotels.Com138892474175 Hotels.Com Wa | 83.48 |
| 06-12 | POS Signature- Visa #6262 Westin (Westin Hotels) 912-2012000 Ga | 286.46 |
| 06-13 | POS Signature- Visa #6262 Delta Air 0068629383 Bellevue Wa | 573.80 |
| 06-13 | POS Signature- Visa #6262 Delta Air 0068629428 Bellevue Wa | 573.80 |
| 06-14 | POS Signature- Visa #6262 Holiday Inn Hardeevill Hardeeville SC | 185.31 |
| 06-15 | POS Signature- Visa #6262 The Home Depot #0179 Pooler Ga | 86.68 |
| 06-15 | POS Signature- Visa #6262 Dal-Tile #332 Savannah 912-236-5516 Ga | 1,467.91 |
| 06-19 | POS Signature- Visa #6262 Hampton Inns 912-9662000 Ga | 181.08 |
| 06-20 | POS Signature- Visa #6262 Red Roof Inn & Suites Pooler Ga | 172.70 |
| 06-20 | POS Signature- Visa #6262 Red Roof Inn & Suites Pooler Ga | 172.70 |
| 06-20 | POS Signature- Visa #6262 Red Roof Inn & Suites Pooler Ga | 637.00 |
| 06-20 | POS Signature- Visa #6262 Red Roof Inn & Suites Pooler Ga | 637.00 |
| 06-22 | POS Signature- Visa #6262 Red Roof Inn & Suites Pooler Ga | 81.26 |
| 06-29 | POS Signature- Visa #6262 Lowes #00556* 910-938-9100 NC | 121.15 |
| 06-29 | POS Signature- Visa #6262 Creekside Lands Inn Charleston SC | 304.38 |
| 06-29 | POS Signature- Visa #6262 Red Roof Inn & Suites Pooler Ga | 700.94 |
| 06-29 | POS Signature- Visa #6262 Creekside Lands Inn Charleston SC | 1,218.66 |
| | Total | 16,608.32 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 06-01 | 17,777.23+ | 06-12 | 4,231.97+ | 06-20 | 8,117.79+ |
| 06-02 | 17,428.94+ | 06-13 | 3,084.37+ | 06-22 | 7,336.53+ |
| 06-05 | 14,375.18+ | 06-14 | 3,472.86+ | 06-27 | 5,336.53+ |
| 06-08 | 8,957.61+ | 06-15 | 1,918.27+ | 06-29 | 2,991.40+ |
| 06-09 | 8,757.61+ | 06-19 | 2,737.19+ | | |



20139

Statement Period: June 1 , 2017    Thru June 30, 2017                    Account Number :  ⬛3796

## FOLLOW THESE EASY STEPS TO BALANCE YOUR CHECKING ACCOUNT

1. Write here the ending balance shown on the front of this statement.
2. Add deposits not credited in this statement. (Use table A.)
3. Total of lines 1 and 2.
4. Checks and other debits outstanding not charged to your account. (Use table B.)
5. Subtract line 4 from line 3. This should be your current checkbook balance.

Note: If your statement does not balance, please check to be sure you have entered in your check register all automatic transactions (service charges, advances, payments, drafts etc.) shown on the front of your statement. Please notify the Bank promptly of any discrepancy in your account statement.

| | |
|---|---|
| 1 | $ |
| 2 | +$ |
| 3 | =$ |
| 4 | - $ |
| 5 | =$ |

**A.** Deposits/Credits

| Date | Amount |
|---|---|
| | |
| | |
| | |
| Total Amount | |

**B.** Outstanding Checks/Debits

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| Total Amount | |

**How to Compute Interest Charges on Your Line of Credit.**        We figure the interest charge on your account by applying the periodic rate to your "average daily balance" (including current transactions). To get the "average daily balance," we first determine the daily balance of your Account each day. We take the beginning balance of your account each day, add any new advances and charges, and subtract any new payments or credits and any unpaid interest charges, credit insurance premiums, late charges and other charges that have been posted to the account. These calculations give us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Next, we multiply the "average daily balance" by the daily periodic rate applicable to your account. The daily periodic rate is determined by dividing the Annual Percentage Rate by 365. That result is then multiplied by the number of days in the billing cycle to obtain the monthly interest charge. Automatic payment debits are posted to your account after your "average daily balance" is calculated. Interest charges and any credit insurance premiums that accrue during each billing cycle are added to the balance of your account on the last day of the billing cycle prior to the calculation of your minimum payment.

**Variable Rate.**        Unless the terms of your revolving line of credit specify that the rate is fixed, your daily periodic rate and Annual Percentage Rate are variable rates subject to change each month.

**What To Do If You Think You Find A Mistake On Your Statement (Consumer Accounts Only).**        If you think there is an error on your statement, write to us at the address shown on page one of your statement. In your letter, give us the following information: (1) *Account information:* Your name and account number. (2) *Dollar amount:* The dollar amount of the suspected error. (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount; (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount; (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance; (4) We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases (Consumer Accounts Only).**        This section applies if you access your line of credit using a credit card. If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) (2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. (3) You must not have yet fully paid for the purchase. If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903; or by calling our Customer Contact Center at 1.888.323.4732. If you call, we may require you to provide us with a written statement concerning your dissatisfaction with the purchase. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Liability for Unauthorized Use of Credit Card (Consumer Accounts Only).**        If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at: Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903, or call us at our Customer Contact Center, 1.888.323.4732. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Credit History Errors.**        If you believe we have inaccurately reported information about your account history to a consumer reporting agency, please notify us in writing at the Bank address stated on page one of your statement.

**Prompt Crediting of Payments.**        To receive credit for a payment on the date we receive the payment, we must receive your payment prior to 5:00 p.m. on a Bank business day (any day except Saturday, Sunday or a bank holiday). If paying at a branch or by mail, then payments must include the payment coupon. In addition, if paying by mail, payment must be mailed to the specific address furnished by the Bank. Payments received at any of our ATMs; payments received on a business day after 5:00 p.m.; payments received at a branch or by mail without a coupon; and, payments received on a day that is not a Bank business day, will be credited to your account no later than the next Bank business day.

**Preauthorized Deposits.**        If direct deposits are made to your account at least every 60 days by the same person or entity, you can call us at the telephone number shown on page one of your statement to find out whether the deposit has been made.



Statement Period: June 1 , 2017     Thru June 30, 2017                                    Account Number :          3796

**In Case of Errors or Questions About Your Electronic Transfers (Consumer Accounts Only).**                    If you think your statement or receipt is wrong or if you need more information about a transfer on a statement or receipt, telephone or write us as soon as you can at the telephone number or address which appears on page one of your statement.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You must: (1) tell us your name and account number; (2) describe the error or the transfer you are unsure about (including the date it occurred), and explain as clearly as you can why you believe it is in error or why you need more information; and (3) tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error promptly. We may take up to 45 days to complete our investigation (90 days for transfers initiated outside the U.S. or resulting from point-of-sale debit-card transactions). If we take more than 10 business days (5 days for certain Visa® Check Card transactions; 20 days for certain new accounts), we will recredit your account for the amount you think is in error, so that you will have the use of the money  during the time it takes to complete our investigation.

**Credit Limit.**                When you make a payment on your account, we may, at our option, delay advancing additional funds from your line of credit in reliance on that payment until we confirm that your payment has been fully and finally collected.  If we placed a hold on a credited payment pending our final determination of collectability, the "Available Credit" amount on the front page of this statement will **not** reflect this payment and funds in the amount of the hold will **not** be available to you for subsequent advances until we confirm that your payment has been fully and finally collected.

**Interest Charge.**                The term "Interest Charge" on your statement has the same meaning as the term "Finance Charge" that may appear in your revolving line of credit documents.

RFI MANAGEMENT
PO BOX 62332
DURHAM, NC 27705

500

66-30/531
102

6 | 6 / 17
Date

Pay to the
Order of  Adrian Velaguez            $ 300.00

Three hundred w/ 00/100 ct            Dollars

First Citizens Bank

For  Repair

3796  00500

**RFI MANAGEMENT**
PO BOX 62332
DURHAM, NC 27705

501

66-30/531
192

6/7/17
Date

Pay to the Order of _Edward C Rosa_    $ 3032.79

_Three Thousand thirty two with 79/100¢_    Dollars

First Citizens

For _Payroll - 6/9/17_

1:0 ⬛⬛⬛ 3796⬛ 00501

---

Branch: 457    Seq: 59    Batch: 870002    Date: 06/08/17

Sneads Ferry

☐ CHECK HERE IF MOBILE DEPOSIT

ENDORSE HERE    X

* The Security screen pattern on back designed to deter fraud
* Microprint line - states printed under the signature line

Do not cash if:
* Any of the features listed above are missing or appear altered
* Fugitive ink on back does or is or has disappeared
* Brown stains and colored spots appear on both front and back

**RFI MANAGEMENT**
PO BOX 62332
DURHAM, NC 27705

502

66-30/531
102

6/7/17

Date

Pay to the Order of _Edward C. Rosa_    $ 700.00

_Seven hundred w/ 00/100_ ¢    Dollars

First Citizen

For _per diem_    Amount $700.00

3796⑈ 00502

ENDORSE HERE
X

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Branch: 457
Seq: 60
Batch: 870002
Date: 06/08/17

Sneads Ferry

Do not cash if:
- Any of the features listed above are missing or are altered
- Fugitive ink on back does pink or has disappeared
- Brown stains and colored spots appear on both front and back

**RFI MANAGEMENT**
PO BOX 62332
DURHAM, NC 27705

503

68-30/531
102

6/7/17

Date

Pay to the Order of _Jose Frelin Solis_                    $ 4,125.70

_four Thousand one hundred twenty five_                    Dollars

First Citizens Bank

For _West Ashley Town Place_
_16 41.13 =4. feet_

:⬛⬛⬛⬛ 3796⬛ 00503

☐ CHECK HERE IF MOBILE DEPOSIT
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

x Jose Frelin Soliz Deres

Do not cash if:
• Any of the features listed above are missing or appear altered
• Remove the ink on back turns pink or has discoloration
• Spark stains and spotted spots appear on both front and back

**RFI MANAGEMENT**
PO BOX 62332
DURHAM, NC 27706

504

66-30/531
102

6/9/17

Date

Pay to the
Order of _____ RFI Management _____ | $ 200.00

Dollars

First Citizens Bank

For _____ Open - Pooler 6A Account _____

⑈⦂ ▊▊▊▊▊3796⦂ 00504

ENDORSE HERE

X

☐ CHECK HERE

IF MOBILE DEPOSIT

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Branch: 501 - Hillsborough Road
Seq: 22
Batch: 876077
Date: 06/09/17

Do not cash if:
• Any of the features listed above are missing or appear altered
• Fugitive ink on back stocks pink or has discolored
• Brown stains and colored spots appear on both front and back

**RFI MANAGEMENT**
PO BOX 62332
DURHAM, NC 27705

505
66-30/531
102

Date: 6/14/17

Pay to the Order of: Edward C. Rosa

Amount: $700.00

$700.00

Seven hundred

Dollars

**First Citizens Bank**

For: Pedroen

⑆3796⑈ 00505

---

ENDORSE HERE

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
● RESERVED FOR FINANCIAL INSTITUTION USE ●

Branch: 501 - Hillsborough Road
Seq: 13
Batch: 921087
Date: 06/22/17

**RFI MANAGEMENT**
PO BOX 62332
DURHAM, NC 27705

506

66-30/531
102

6/26/17
Date

Pay to the
Order of _Edward C. Rosa_ _____ | $ 1,000

_One Thousand w/ 00/100 ¢_ _____ Dollars

**First Citizens Bank**

For _per diem —_ _____

⑆ ◼◼◼◼◼◼◼◼◼◼◼◼ 3796⑈ 00506

ENDORSE HERE

X _Edward C. Rosa_
_For deposit_

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE



**RFI MANAGEMENT**
PO BOX 62332
DURHAM, NC 27705

507

65-30/531
102

6/26/17

Date

Pay to the
Order of Edward C Rosa

$1,000.00

One Thousand

Dollars

**First Citizens Bank**

For partial mileage

⑈⑈ 377⑈⑈ 00507

ENDORSE HERE
X
Edward Rosa
For Deposit

☐ CHECK HERE IF MOBILE DEPOSIT
DO NOT WRITE STAMP OR SIGN BELOW THIS LINE

 First Citizens Bank

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

ZE
501

61220
**RFI MANAGEMENT INC**
**DEBTOR IN POSSESSION**
**4229 AMERICAN DR UNIT D**
**DURHAM NC 27705-6407**

| Your Account(s) At A Glance | |
|---|---|
| **Checking** | |
| **Balance** | **4,137.87+** |

Statement Period: June 9 , 2017    Thru June 30, 2017    Account Number : ████9363

## Basic Business Checking
Account Number : ████9363    Enclosures In Statement:  0

| Beginning Balance | | 0.00 | Statement Period Days | 22 |
|---|---|---|---|---|
| 1 | Deposits | 200.00+ | Average Ledger Balance | 3,481.00+ |
| 1 | Other Credits | 7,000.00+ | | |
| 0 | Checks | 0.00 | | |
| 4 | Other Debits | 3,062.13- | | |
| Monthly Service Charge | | 0.00 | | |
| **Ending Balance** | | **4,137.87+** | | |

## Deposits To Your Account

| Date | Amount |
|---|---|
| 06-09 | 200.00 |

## Other Credits To Your Account

| Date | Description | Amount |
|---|---|---|
| 06-20 | Transfer Internet   06-20 Seq # 39550 ████9603 | 7,000.00 |
| | Total | 7,000.00 |

## Other Debits From Your Account

| Date | Description | Amount |
|---|---|---|
| 06-22 | Harland Clarke Chk Orders ***n*******0800 | 26.97 |
| 06-26 | POS Signature- Visa #8361 The Home Depot #0179 Pooler Ga | 102.66 |
| 06-28 | POS Signature- Visa #8361 Hotels.Com139313564318 Hotels.Com Wa | 564.63 |
| 06-30 | POS Signature- Visa #8361 L Fishman And Son Bran 410-633-0066 NC | 2,367.87 |
| | Total | 3,062.13 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06-09 | 200.00+ | 06-22 | 7,173.03+ | 06-28 | 6,505.74+ |
| 06-20 | 7,200.00+ | 06-26 | 7,070.37+ | 06-30 | 4,137.87+ |



Direct Customer Inquiry Calls To
FIRST CITIZENS DIRECT
Telephone Banking At 1-888-323-4732.



Statement Period: June 9 , 2017     Thru June 30, 2017                     Account Number :  ▮▮▮▮9363

## FOLLOW THESE EASY STEPS TO BALANCE YOUR CHECKING ACCOUNT

1. Write here the ending balance shown on the front of this statement.
2. Add deposits not credited in this statement. (Use table A.)
3. Total of lines 1 and 2.
4. Checks and other debits outstanding not charged to your account. (Use table B.)
5. Subtract line 4 from line 3. This should be your current checkbook balance.

Note:  If your statement does not balance, please check to be sure you have entered in your check register all automatic transactions (service charges, advances, payments, drafts etc.) shown on the front of your statement. Please notify the Bank promptly of any discrepancy in your account statement.

| 1 | $   |
| 2 | +$  |
| 3 | =$  |
| 4 | - $ |
| 5 | =$  |

**A.** Deposits/Credits

| Date | Amount |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| Total Amount | |

**B.** Outstanding Checks/Debits

| Number | Amount |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| Total Amount | |

**How to Compute Interest Charges on Your Line of Credit.**         We figure the interest charge on your account by applying the periodic rate to your "average daily balance" (including current transactions).  To get the "average daily balance," we first determine the daily balance of your Account each day.  We take the beginning balance of your account each day, add any new advances and charges, and subtract any new payments or credits and any unpaid interest charges, credit insurance premiums, late charges and other charges that have been posted to the account.  These calculations give us the daily balance.  Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "average daily balance."  Next, we multiply the "average daily balance" by the daily periodic rate applicable to your account.  The daily periodic rate is determined by dividing the Annual Percentage Rate by 365.  That result is then multiplied by the number of days in the billing cycle to obtain the monthly interest charge.  Automatic payment debits are posted to your account after your "average daily balance" is calculated.  Interest charges and any credit insurance premiums that accrue during each billing cycle are added to the balance of your account on the last day of the billing cycle prior to the calculation of your minimum payment.

**Variable Rate.**                  Unless the terms of your revolving line of credit specify that the rate is fixed, your daily periodic rate and Annual Percentage Rate are variable rates subject to change each month.

**What To Do If You Think You Find A Mistake On Your Statement (Consumer Accounts Only).**          If you think there is an error on your statement, write to us at the address shown on page one of your statement.  In your letter, give us the following information:  (1) *Account information:*  Your name and account number.  (2) *Dollar amount:*  The dollar amount of the suspected error.  (3) *Description of Problem:*  If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.  You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors *in writing*.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.  While we investigate whether or not there has been an error, the following are true:  (1) We cannot try to collect the amount in question, or report you as delinquent on that amount;  (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount;  (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance;  (4) We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases (Consumer Accounts Only).**          This section applies if you access your line of credit using a credit card.  If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.  To use this right, all of the following must be true: (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50.  (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) (2) You must have used your credit card for the purchase.  Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.  (3) You must not yet have fully paid for the purchase.  If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903; or by calling our Customer Contact Center at 1.888.323.4732.  If you call, we may require you to provide us with a written statement concerning your dissatisfaction with the purchase.  While we investigate, the same rules apply to the disputed amount as discussed above.  After we finish our investigation, we will tell you our decision.  At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Liability for Unauthorized Use of Credit Card (Consumer Accounts Only).**          If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at: Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903, or call us at our Customer Contact Center, 1.888.323.4732.  You will not be liable for any unauthorized use that occurs after you notify us.  You may, however, be liable for unauthorized use that occurs before your notice to us.  In any case, your liability will not exceed $50.

**Credit History Errors.**          If you believe we have inaccurately reported information about your account history to a consumer reporting agency, please notify us in writing at the Bank address stated on page one of your statement.

**Prompt Crediting of Payments.**          To receive credit for a payment on the date we receive the payment, we must receive your payment prior to 5:00 p.m. on a Bank business day (any day except Saturday, Sunday or a bank holiday).  If paying at a branch or by mail, then payments must include the payment coupon.  In addition, if paying by mail, payment must be mailed to the specific address furnished by the Bank.  Payments received at any of our ATMs; payments received on a business day after 5:00 p.m.; payments received at a branch or by mail without a coupon; and, payments received on a day that is not a Bank business day, will be credited to your account no later than the next Bank business day.

**Preauthorized Deposits.**          If direct deposits are made to your account at least every 60 days by the same person or entity, you can call us at the telephone number shown on page one of your statement to find out whether the deposit has been made.



61220

Statement Period: June 9 , 2017    Thru June 30, 2017                                        Account Number :        9363

**In Case of Errors or Questions About Your Electronic Transfers (Consumer Accounts Only).**          If you think your statement or receipt is wrong or if you need more information about a transfer on a statement or receipt, telephone or write us as soon as you can at the telephone number or address which appears on page one of your statement.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You must: (1) tell us your name and account number; (2) describe the error or the transfer you are unsure about (including the date it occurred), and explain as clearly as you can why you believe it is in error or why you need more information; and (3) tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error promptly. We may take up to 45 days to complete our investigation (90 days for transfers initiated outside the U.S. or resulting  from point-of-sale debit-card transactions). If we take more than 10 business days (5 days for certain Visa® Check Card transactions; 20 days for certain new accounts), we will recredit your account for the amount you think is in error, so that you will have the use of the money  during the time it takes to complete our investigation.

**Credit Limit.**          When you make a payment on your account, we may, at our option, delay advancing additional funds from your line of credit in reliance on that payment until we confirm that your payment has been fully and finally collected.  If we placed a hold on a credited payment pending our final determination of collectability, the "Available Credit" amount on the front page of this statement will **not** reflect this payment and funds in the amount of the hold will **not** be available to you for subsequent advances until we confirm that your payment has been fully and finally collected.

**Interest Charge.**          The term "Interest Charge" on your statement has the same meaning as the term "Finance Charge" that may appear in your revolving line of credit documents.

 **FirstCitizensBank**

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

ZE
501

61228
**RFI MANAGEMENT INC**
**DEBTOR IN POSSESSION**
**PROJECT 3**
**4229 AMERICAN DR UNIT D**
**DURHAM NC 27705-6407**

| **Your Account(s) At A Glance** |
| --- |
| **Checking** |
| **Balance**                **200.00+** |

Statement Period: June 26, 2017    Thru June 30, 2017                Account Number :    ████9494

## Basic Business Checking
Account Number :    ████9494                                Enclosures In Statement:  0

| **Beginning Balance** | **0.00** | Statement Period Days | 5 |
| --- | --- | --- | --- |
| 1  Deposits | 200.00+ | Average Ledger Balance | 200.00+ |
| 0  Other Credits | 0.00 | | |
| 0  Checks | 0.00 | | |
| 0  Other Debits | 0.00 | | |
| Monthly Service Charge | 0.00 | | |
| **Ending  Balance** | **200.00+** | | |

## Deposits To Your Account

| Date | Amount |
| --- | --- |
| 06-26 | 200.00 |

## Daily Balance Summary

| Date | Balance |
| --- | --- |
| 06-26 | 200.00+ |

 Direct Customer Inquiry Calls To
FIRST CITIZENS DIRECT
Telephone Banking At 1-888-323-4732.



Statement Period: June 26, 2017    Thru June 30, 2017                    Account Number :          9494

## FOLLOW THESE EASY STEPS TO BALANCE YOUR CHECKING ACCOUNT

1. Write here the ending balance shown on the front of this statement.
2. Add deposits not credited in this statement. (Use table A.)
3. Total of lines 1 and 2.
4. Checks and other debits outstanding not charged to your account. (Use table B.)
5. Subtract line 4 from line 3. This should be your current checkbook balance.

Note: If your statement does not balance, please check to be sure you have entered in your check register all automatic transactions (service charges, advances, payments, drafts etc.) shown on the front of your statement. Please notify the Bank promptly of any discrepancy in your account statement.

| 1 | $ |
| 2 | +$ |
| 3 | =$ |
| 4 | - $ |
| 5 | =$ |

**A.** Deposits/Credits

| Date | Amount |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
| Total Amount |  |

**B.** Outstanding Checks/Debits

| Number | Amount |
|--------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total Amount |  |

**How to Compute Interest Charges on Your Line of Credit.**          We figure the interest charge on your account by applying the periodic rate to your "average daily balance" (including current transactions). To get the "average daily balance," we first determine the daily balance of your Account each day. We take the beginning balance of your account each day, add any new advances and charges, and subtract any new payments or credits and any unpaid interest charges, credit insurance premiums, late charges and other charges that have been posted to the account. These calculations give us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Next, we multiply the "average daily balance" by the daily periodic rate applicable to your account. The daily periodic rate is determined by dividing the Annual Percentage Rate by 365. That result is then multiplied by the number of days in the billing cycle to obtain the monthly interest charge. Automatic payment debits are posted to your account after your "average daily balance" is calculated. Interest charges and any credit insurance premiums that accrue during each billing cycle are added to the balance of your account on the last day of the billing cycle prior to the calculation of your minimum payment.

**Variable Rate.**          Unless the terms of your revolving line of credit specify that the rate is fixed, your daily periodic rate and Annual Percentage Rate are variable rates subject to change each month.

**What To Do If You Think You Find A Mistake On Your Statement (Consumer Accounts Only).**          If you think there is an error on your statement, write to us at the address shown on page one of your statement. In your letter, give us the following information: (1) *Account information:* Your name and account number. (2) *Dollar amount:* The dollar amount of the suspected error. (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount; (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount; (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance; (4) We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases (Consumer Accounts Only).**          This section applies if you access your line of credit using a credit card. If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) (2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. (3) You must not have fully paid for the purchase. If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903; or by calling our Customer Contact Center at 1.888.323.4732. If you call, we may require you to provide us with a written statement concerning your dissatisfaction with the purchase. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Liability for Unauthorized Use of Credit Card (Consumer Accounts Only).**          If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at: Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903, or call us at our Customer Contact Center, 1.888.323.4732. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Credit History Errors.**          If you believe we have inaccurately reported information about your account history to a consumer reporting agency, please notify us in writing at the Bank address stated on page one of your statement.

**Prompt Crediting of Payments.**          To receive credit for a payment on the date we receive the payment, we must receive your payment prior to 5:00 p.m. on a Bank business day (any day except Saturday, Sunday or a bank holiday). If paying at a branch or by mail, then payments must include the payment coupon. In addition, if paying by mail, payment must be mailed to the specific address furnished by the Bank. Payments received at any of our ATMs; payments received on a business day after 5:00 p.m.; payments received at a branch or by mail without a coupon; and, payments received on a day that is not a Bank business day, will be credited to your account no later than the next Bank business day.

**Preauthorized Deposits.**          If direct deposits are made to your account at least every 60 days by the same person or entity, you can call us at the telephone number shown on page one of your statement to find out whether the deposit has been made.

 **First Citizens Bank**

61228

Statement Period: June 26, 2017    Thru June 30, 2017                              Account Number :        9494

**In Case of Errors or Questions About Your Electronic Transfers (Consumer Accounts Only).**                    If you think your statement or receipt is wrong or if you need more information about a transfer on a statement or receipt, telephone or write us as soon as you can at the telephone number or address which appears on page one of your statement.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You must: (1) tell us your name and account number; (2) describe the error or the transfer you are unsure about (including the date it occurred), and explain as clearly as you can why you believe it is in error or why you need more information; and (3) tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error promptly. We may take up to 45 days to complete our investigation (90 days for transfers initiated outside the U.S. or resulting from point-of-sale debit-card transactions). If we take more than 10 business days (5 days for certain Visa® Check Card transactions; 20 days for certain new accounts), we will recredit your account for the amount you think is in error, so that you will have the use of the money  during the time it takes to complete our investigation.

**Credit Limit.**                    When you make a payment on your account, we may, at our option, delay advancing additional funds from your line of credit in reliance on that payment until we confirm that your payment has been fully and finally collected.  If we placed a hold on a credited payment pending our final determination of collectability, the "Available Credit" amount on the front page of this statement will **not** reflect this payment and funds in the amount of the hold will **not** be available to you for subsequent advances until we confirm that your payment has been fully and finally collected.

**Interest Charge.**                    The term "Interest Charge" on your statement has the same meaning as the term "Finance Charge" that may appear in your revolving line of credit documents.


**First Citizens Bank**

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

ZE
501

61227
**RFI MANAGEMENT INC**
**DEBTOR IN POSSESSION**
**PROJECT 4**
**4229 AMERICAN DR UNIT D**
**DURHAM NC 27705-6407**

| Your Account(s) At A Glance |
|---|
| **Checking** |
| **Balance**         **200.00+** |

Statement Period: June 26, 2017    Thru June 30, 2017          Account Number : ▮▮▮▮9486

## Basic Business Checking
Account Number : ▮▮▮▮9486                        Enclosures In Statement:  0

| | | | |
|---|---|---|---|
| **Beginning Balance** | **0.00** | Statement Period Days | 5 |
| 1  Deposits | 200.00+ | Average Ledger Balance | 200.00+ |
| 0  Other Credits | 0.00 | | |
| 0  Checks | 0.00 | | |
| 0  Other Debits | 0.00 | | |
| Monthly Service Charge | 0.00 | | |
| **Ending  Balance** | **200.00+** | | |

## Deposits To Your Account

| Date | Amount |
|---|---|
| 06-26 | 200.00 |

## Daily Balance Summary

| Date | Balance |
|---|---|
| 06-26 | 200.00+ |


Direct Customer Inquiry Calls To
FIRST CITIZENS DIRECT
Telephone Banking At 1-888-323-4732.



Statement Period: June 26, 2017    Thru June 30, 2017                    Account Number : ████████9486

## FOLLOW THESE EASY STEPS TO BALANCE YOUR CHECKING ACCOUNT

1. Write here the ending balance shown on the front of this statement.
2. Add deposits not credited in this statement. (Use table A.)
3. Total of lines 1 and 2.
4. Checks and other debits outstanding not charged to your account. (Use table B.)
5. Subtract line 4 from line 3. This should be your current checkbook balance.

| | | |
|---|---|---|
| 1 | $ | |
| 2 | +$ | |
| 3 | =$ | |
| 4 | - $ | |
| 5 | =$ | |

**A.** Deposits/Credits

| Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total Amount | |

**B. Outstanding Checks/Debits**

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| Total Amount | |

Note: If your statement does not balance, please check to be sure you have entered in your check register all automatic transactions (service charges, advances, payments, drafts etc.) shown on the front of your statement. Please notify the Bank promptly of any discrepancy in your account statement.

**How to Compute Interest Charges on Your Line of Credit.**     We figure the interest charge on your account by applying the periodic rate to your "average daily balance" (including current transactions). To get the "average daily balance," we first determine the daily balance of your Account each day. We take the beginning balance of your account each day, add any new advances and charges, and subtract any new payments or credits and any unpaid interest charges, credit insurance premiums, late charges and other charges that have been posted to the account. These calculations give us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Next, we multiply the "average daily balance" by the daily periodic rate applicable to your account. The daily periodic rate is determined by dividing the Annual Percentage Rate by 365. That result is then multiplied by the number of days in the billing cycle to obtain the monthly interest charge. Automatic payment debits are posted to your account after your "average daily balance" is calculated. Interest charges and any credit insurance premiums that accrue during each billing cycle are added to the balance of your account on the last day of the billing cycle prior to the calculation of your minimum payment.

**Variable Rate.**     Unless the terms of your revolving line of credit specify that the rate is fixed, your daily periodic rate and Annual Percentage Rate are variable rates subject to change each month.

**What To Do If You Think You Find A Mistake On Your Statement (Consumer Accounts Only).**     If you think there is an error on your statement, write to us at the address shown on page one of your statement. In your letter, give us the following information: (1) *Account information:* Your name and account number. (2) *Dollar amount:* The dollar amount of the suspected error. (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount; (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount; (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance; (4) We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases (Consumer Accounts Only).**     This section applies if you access your line of credit using a credit card. If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) (2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. (3) You must not yet have fully paid for the purchase. If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903; or by calling our Customer Contact Center at 1.888.323.4732. If you call, we may require you to provide us with a written statement concerning your dissatisfaction with the purchase. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Liability for Unauthorized Use of Credit Card (Consumer Accounts Only).**     If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at: Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903, or call us at our Customer Contact Center, 1.888.323.4732. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Credit History Errors.**     If you believe we have inaccurately reported information about your account history to a consumer reporting agency, please notify us in writing at the Bank address stated on page one of your statement.

**Prompt Crediting of Payments.**     To receive credit for a payment on the date we receive the payment, we must receive your payment prior to 5:00 p.m. on a Bank business day (any day except Saturday, Sunday or a bank holiday). If paying at a branch or by mail, then payments must include the payment coupon. In addition, if paying by mail, payment must be mailed to the specific address furnished by the Bank. Payments received at any of our ATMs; payments received on a business day after 5:00 p.m.; payments received at a branch or by mail without a coupon; and, payments received on a day that is not a Bank business day, will be credited to your account no later than the next Bank business day.

**Preauthorized Deposits.**     If direct deposits are made to your account at least every 60 days by the same person or entity, you can call us at the telephone number shown on page one of your statement to find out whether the deposit has been made.

 First Citizens Bank

61227

Statement Period: June 26, 2017    Thru June 30, 2017                    Account Number :          9486

**In Case of Errors or Questions About Your Electronic Transfers (Consumer Accounts Only).**                    If you think your statement or receipt is wrong or if you need more information about a transfer on a statement or receipt, telephone or write us as soon as you can at the telephone number or address which appears on page one of your statement.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You must: (1) tell us your name and account number; (2) describe the error or the transfer you are unsure about (including the date it occurred), and explain as clearly as you can why you believe it is in error or why you need more information; and (3) tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error promptly. We may take up to 45 days to complete our investigation (90 days for transfers initiated outside the U.S. or resulting  from point-of-sale debit-card transactions). If we take more than 10 business days (5 days for certain Visa® Check Card transactions; 20 days for certain new accounts), we will recredit your account for the amount you think is in error, so that you will have the use of the money  during the time it takes to complete our investigation.

**Credit Limit.**                    When you make a payment on your account, we may, at our option, delay advancing additional funds from your line of credit in reliance on that payment until we confirm that your payment has been fully and finally collected.  If we placed a hold on a credited payment pending our final determination of collectability, the "Available Credit" amount on the front page of this statement will **not** reflect this payment and funds in the amount of the hold will **not** be available to you for subsequent advances until we confirm that your payment has been fully and finally collected.

**Interest Charge.**                    The term "Interest Charge" on your statement has the same meaning as the term "Finance Charge" that may appear in your revolving line of credit documents.