**SO ORDERED.**

**SIGNED this 5th day of March, 2018.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In re: ) | |
| ) | |
| RFI Management, Inc. ) | Case No. 17-80247 |
| ) | |
| Debtor ) | |

ORDER CONVERTING CHAPTER 11 CASE TO A CHAPTER 7 PROCEEDING

This case came on for hearing before the above-signed Bankruptcy Judge presiding on March 1, 2018, on the Motion by the Bankruptcy Administrator to Dismiss Case, Convert Case to Chapter 7 or in the Alternative Appoint a Chapter 11 Trustee which was filed on October 13, 2017 (doc no. 132) ("the BA's Motion"). Appearances were William P. Miller, U.S. Bankruptcy Administrator and Joseph Davies attorney for Swift Capital along James White appeared on behalf of the Debtor.

Based upon the BA's Motion, the record in the case and the statements of counsel at the hearing, it appears to the Court that cause exists to convert this case to a Chapter 7 proceeding, and that conversion is in the best interests of creditors and the estate. The Debtor has given consent as to this conversion. The Court therefore finds and concludes that the case should be converted to a proceeding under Chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. §1112.

NOW, THEREFORE, it is ORDERED as follows:

1. The BA's Motion is hereby granted and this Chapter 11 case is hereby converted to a case under Chapter 7 of the Bankruptcy Code;

2. J.P. Cournoyer ("the Trustee") is appointed as Chapter 7 trustee;

3. The Trustee's blanket bond is adjudged sufficient; and

4. The alternative relief of dismissal and appointment of a Chapter 11 trustee sought in the BA's Motion is hereby denied.

END OF DOCUMENT

PARTIES TO BE SERVED
17-80247

| | |
|---|---|
| James C. White | via electronic filing |
| William P. Miller | via electronic filing |
| J.P. Cournoyer | via electronic filing |
| James A. Beck, II | via electronic filing |

RFI Management, Inc.
P.O. Box 62332
Durham, NC  27715

Ashton Trevethan & Company
Scott Ashton, CPA
3622 Lyckan Plwy, Ste 2003
Durham, NC  27707

AVP Flooring Installation, Inc.
Attn: Managing Agent
8334 Pineville Matthews Rd
Charlotte, NC  28226-3774

American Express Bank, FSB
c/o Becket and Lee, LLP.
P.O. Box 3001
Malvern, PA  19355-0701

Balance Point, Inc.
Attn: Managing Agent
3058 Weston Green Loop
Cary, NC  27513-2264

Chris Lopez
10 Linda Lane
Katonah, NY  10536-3337

Daltile
Attn: Managing Agent
P.O. Box 209058
Dallas, TX  75320-9058

Edward Rosa
4229 American Dr, Unit D
Durham, NC  27705-6407

Filiberto Varo
2205 William Trail
Wendell, NC  27591-7982

IRS
P.O. Box 7346
Philadelphia, PA  19101-7346

Joseph Lopez
203 Playford Lane
Cary, NC  27519-5499

Manuel Aviles
4600 Silverdene St
Raleigh, NC  27616-3507

Maxwell Portable Storage, Inc.
Attn: Managing Agent
P.O. Box 1208
Fayetteville, NC  28302-1208

On Deck Capital, Inc.
101 West Colfax Ave, 9th Floor
Denver, CO  80202-5167

Scott J. Scarano
Padgett Business Services
5920 S. Miami Blvd, Ste 202
Morrisville, NC  27560

Voris M. Tejada, Jr.
P.O. Box 5016
Mount Laurel, NJ  08054-5016

Wells Fargo Bank
P.O. Box 50014
Roanoke, VA  24040-5014