```
                           United States Bankruptcy Court
                           Middle District of North Carolina
In re:                                                              Case No. 17-80247-bak
RFI Management, Inc.                                                Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0418-1           User: whitesell            Page 1 of 2            Date Rcvd: Mar 05, 2018
                               Form ID: pdf014            Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2018.
db             +RFI Management, Inc.,    PO Box 62332,    Durham, NC 27715-2332
acc            +Ashton Trevethan & Company,    Scott Ashton, CPA,    3622 Lyckan Pkwy. Ste 2003,
                 Durham, NC 27707-2565
acc            +Scott J. Scarano,    Padgett Business Services,    5920 S. Miami Blvd. Suite 202,
                 Morrisville, NC 27560-8305
cr             +Swift Capital,    c/o Vann Attorneys, PLLC,    1720 Hillsborough St., Ste. 200,
                 Raleigh, NC 27605-1657
785691537      +AVP Flooring Installation, Inc.,    Attn: Managing Agent,    8334 Pineville Matthews Rd.,
                 Charlotte, NC 28226-3774
785691536      +American Express,    American Express Special Research,    PO Box 981540,
                 El Paso, TX 79998-1540
785696766       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
785705117      +Balance Point, Inc.,    Attn: Managing Agent,    3058 Weston Green Loop,    Cary, NC 27513-2264
785691538      +Chris Lopez,    10 Linda Ln.,    Katonah, NY 10536-3337
785691539       Daltile,    Attn: Managing Agent,    PO Box 209058,    Dallas, TX 75320-9058
785691540      +Durham County Tax Administration,    200 E. Main St.,    Durham, NC 27701-3649
785691541      +Edward Rosa,    4229 American Dr. Unit D,    Durham, NC 27705-6407
785691570      +Employment Security Commission,    PO Box 26504,    Raleigh, NC 27611-6504
785691542      +Factor King,    Attn: Managing Agent,    1600 Expressway Plaza Suite 102,
                 Hauppauge, NY 11788-5222
785705118      +Filiberto Varo,    2205 William Trail,    Wendell, NC 27591-7982
785691544      +Joseph Lopez,    203 Playford Ln.,    Cary, NC 27519-5499
785691545      +Manuel Aviles,    4600 Silverdene St.,    Raleigh, NC 27616-3507
785711735      +Maxwell Portable Storage, Inc.,    Attn: Managing Agent,    PO Box 1208,
                 Fayetteville, NC 28302-1208
785691546       North Carolina Department of Commerce,    Division of Employment Security,
                 Attn: Managing Agent,    PO Box 25903,    Raleigh, NC 27611-5903
785691547       North Carolina Department of Revenue,    Attn: Managing Agent,    PO Box 1168,
                 Raleigh, NC 27602-1168
785754450      +SWIFT FINANCIAL CORPORATION, dba SWIFT CAPI,    c/o Vann Attorneys, PLLC,
                 1720 Hillsborough St., Ste. 200,    Raleigh, NC 27605-1657
785691549       Swift Financial Corporation,    Attn: Bankruptcy Notice,    3505 Silverside Rd. Suite 200,
                 Wilmington, DE 19810-4905
785691571      +US Attorney's Office,    101 South Edgeworth St.,    Fourth Floor,    Greensboro, NC 27401-6024
785691550       Voris M. Tejada, Jr.,    PO Box 5016,    Mount Laurel, NJ 08054-5016
785705119      +Wells Fargo Bank,    PO Box 50014,    Roanoke, VA 24040-5014

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
785691543      +E-mail/Text: cio.bncmail@irs.gov Mar 05 2018 18:16:22      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
785691548      +E-mail/Text: bankruptcy@ondeck.com Mar 05 2018 18:17:01      On Deck,    Attn: Managing Agent,
                 901 N. Stuart St. Suite 700,    Arlington, VA 22203-4129
785753828      +E-mail/Text: bankruptcy@ondeck.com Mar 05 2018 18:17:01      On Deck Capital, Inc.,
                 101 West Colfax Ave, 9th Floor,    Denver, CO 80202-5167
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 *              Voris M. Tejada, Jr.,    P.O. Box 5016,    Mount Laurel, NJ 08054-5016
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2018                                        Signature:  /s/Joseph Speetjens

```
District/off: 0418-1          User: whitesell          Page 2 of 2          Date Rcvd: Mar 05, 2018
                              Form ID: pdf014          Total Noticed: 28
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2018 at the address(es) listed below:
              James A. Beck, II    on behalf of Creditor    Swift Capital jbeck@vannattorneys.com
              James A. Beck, II    on behalf of Defendant    Swift Financial Corporation d/b/a Swift Capital
               jbeck@vannattorneys.com
              James C. White    on behalf of Plaintiff    RFI Management, Inc. jwhite@ptwfirm.com,
               mking@ptwfirm.com;mwalker@ptwfirm.com
              James C. White    on behalf of Debtor    RFI Management, Inc. jwhite@ptwfirm.com,
               mking@ptwfirm.com;mwalker@ptwfirm.com
              John Paul H. Cournoyer    evc@nbfirm.com, jla@nbfirm.com;NC22@ecfcbis.com;jpc@nbfirm.com
              William P. Miller    bancm_ecf@ncmba.uscourts.gov
                                                                                         TOTAL: 6
```

SO ORDERED.

SIGNED this 5th day of March, 2018.

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| RFI Management, Inc. | ) | Case No.  17-80247 |
| | ) | |
| Debtor | ) | |

ORDER CONVERTING CHAPTER 11 CASE TO A CHAPTER 7 PROCEEDING

This case came on for hearing before the above-signed Bankruptcy Judge presiding on March 1, 2018, on the Motion by the Bankruptcy Administrator to Dismiss Case, Convert Case to Chapter 7 or in the Alternative Appoint a Chapter 11 Trustee which was filed on October 13, 2017 (doc no. 132) ("the BA's Motion").  Appearances were William P. Miller, U.S. Bankruptcy Administrator and Joseph Davies attorney for Swift Capital along James White appeared on behalf of the Debtor.

Based upon the BA's Motion, the record in the case and the statements of counsel at the hearing, it appears to the Court that cause exists to convert this case to a Chapter 7 proceeding, and that conversion is in the best interests of creditors and the estate. The Debtor has given consent as to this conversion.   The Court therefore finds and concludes that the case should be converted to a proceeding under Chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. §1112.

NOW, THEREFORE, it is ORDERED as follows:

1. The BA's Motion is hereby granted and this Chapter 11 case is hereby converted to a case under Chapter 7 of the Bankruptcy Code;

2. J.P. Cournoyer ("the Trustee") is appointed as Chapter 7 trustee;

3. The Trustee's blanket bond is adjudged sufficient; and

4. The alternative relief of dismissal and appointment of a Chapter 11 trustee sought in the BA's Motion is hereby denied.

END OF DOCUMENT

PARTIES TO BE SERVED
17-80247

| | |
|---|---|
| James C. White | via electronic filing |
| William P. Miller | via electronic filing |
| J.P. Cournoyer | via electronic filing |
| James A. Beck, II | via electronic filing |

RFI Management, Inc.
P.O. Box 62332
Durham, NC  27715

Ashton Trevethan & Company
Scott Ashton, CPA
3622 Lyckan Plwy, Ste 2003
Durham, NC  27707

AVP Flooring Installation, Inc.
Attn: Managing Agent
8334 Pineville Matthews Rd
Charlotte, NC  28226-3774

American Express Bank, FSB
c/o Becket and Lee, LLP.
P.O. Box 3001
Malvern, PA  19355-0701

Balance Point, Inc.
Attn: Managing Agent
3058 Weston Green Loop
Cary, NC  27513-2264

Chris Lopez
10 Linda Lane
Katonah, NY  10536-3337

Daltile
Attn: Managing Agent
P.O. Box 209058
Dallas, TX  75320-9058
Edward Rosa
4229 American Dr, Unit D
Durham, NC  27705-6407

Filiberto Varo
2205 William Trail
Wendell, NC  27591-7982

IRS
P.O. Box 7346
Philadelphia, PA  19101-7346

Joseph Lopez
203 Playford Lane
Cary, NC  27519-5499

Manuel Aviles
4600 Silverdene St
Raleigh, NC  27616-3507

Maxwell Portable Storage, Inc.
Attn: Managing Agent
P.O. Box 1208
Fayetteville, NC  28302-1208

On Deck Capital, Inc.
101 West Colfax Ave, 9th Floor
Denver, CO  80202-5167

Scott J. Scarano
Padgett Business Services
5920 S. Miami Blvd, Ste 202
Morrisville, NC  27560

Voris M. Tejada, Jr.
P.O. Box 5016
Mount Laurel, NJ  08054-5016

Wells Fargo Bank
P.O. Box 50014
Roanoke, VA  24040-5014