**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

IN RE:

RFI MANAGEMENT, INC.                          Case No. 17-80247

DEBTOR

**SCHEDULE OF UNPAID DEBTS**

The following debts were incurred by the debtor between the date of filing of the Chapter 11 case and the date of conversion:

| NAME & ADDRESS OF CREDITOR | AMOUNT | INDEBTEDNESS SECURED BY |
|---|---|---|
| Padgett Business Services<br>c/o Scott Scarano<br>5920 S. Miami Blvd. Suite 202<br>Morrisville, NC 27560 | $9,305.25 | |
| AVP Flooring Installation, Inc.<br>Attn: Managing Agent<br>8334 Pineville Matthews Rd.<br>Charlotte, NC 28226 | $7,000.00 | |
| Juventino Payes Aldana<br>2339 E. 7th St.<br>Charlotte, NC 28204 | $5,000.00 | |
| Parry Tyndall White<br>c/o James C. White<br>100 Europa Dr. Suite 101<br>Chapel Hill, NC 27516 | $11,014.64 | |
| Edward Rosa<br>4229 American Dr. Unit D<br>Durham, NC 27705-6407 | $8,470.00 (per diem) | |
| Edward Rosa<br>4229 American Dr. Unit D<br>Durham, NC 27705-6407 | $24,000.00 (salary) | |

| | |
|---|---|
| Internal Revenue Service<br>Attn: Managing Officer<br>PO Box 7346<br>Philadelphia, PA 19101 | $778.21 |
| North Carolina Department of Revenue<br>Attn: Managing Agent<br>PO Box 1168<br>Raleigh, NC 27602 | $189.00 |
| VMR Tile, LLC<br>Attn: Managing Agent<br>48 Buckleigh Dr.<br>Clayton, NC 27527 | $13,327.0 |
| Jose Frelin Solis<br>1105 Lakemist Dr. Apt. C<br>Charlotte, NC 28217 | $48,601.00 |
| Thomas Tramutola<br>900 Irish Potato Rd.<br>Concord, NC 28025 | $2,284.00 |
| Thaddeus Wright<br>805 Camdan Ave.<br>Durham, NC 27701 | $4,300.00 |
| William Howe<br>129 Bally Shannon Way<br>Apex, NC 27539 | $2,765.00 |
| Roger Hart<br>4803 Garrard Ave.<br>Savannah, GA 31405 | $375.00 |

Date:  March 19, 2018               /s/ Edward Rosa
                                    President for RFI Management, Inc.