# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| | CASE NO. 17-80247 |
| RFI MANAGEMENT, INC. | |
| DEBTOR | |

## FINAL REPORT

Debtor RFI Management, Inc. (the "Debtor") by and through counsel, submits the following Final Report:

1. On March 29, 2017 (the "Petition Date"), the Debtor filed a voluntary petition seeking relief under Chapter 11 of the Bankruptcy Code.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the matter is a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The Bankruptcy Administrator filed a Motion for Dismissal, Conversion to a Chapter 7 Case or in the Alternative Appoint a Chapter 11 Trustee on October 13, 2017. The Bankruptcy Administrator also objected to confirmation of the Debtor's First Amended Plan of Reorgnization on February 16, 2018.

4. On March 5, 2018 an order was entered converting this case to a Chapter 7 proceeding prior to a Plan of Reorganization being confirmed.

5. A summary of all professional fees and expenses approved by the Court are as follows:

| Professional | Professional Services Rendered | Amount |
|---|---|---|
| Parry Tyndall White | Fees for Attorney for Debtor | $46,660.50 |
| Parry Tyndall White | Expenses for Attorney for Debtor | $1,352.57 |

| Padgett Business Services | Fees for Accountant for Debtor | $9,305.25 |
|---|---|---|
| Total | | $57,318.32 |

6. The pending professional fees and expenses are as follows:

| **Professional** | **Professional Services Rendered** | **Amount** |
|---|---|---|
| Parry Tyndall White | Fees for Attorney for Debtor | $8,127.00 |
| Parry Tyndall White | Expenses for Attorney for Debtor | $326.31 |
| Ashton Trevethan & Company | Fees for Accountant for Debtor | $1,800.00 |
| Total | | $10,253.31 |

7. The Debtor proposed an amended plan of reorganization on January 19, 2018 [Dkt #189]. The plan was balloted, and the Debtor carried all voting impaired classes. [Dkt #211]. However, there were serious problems with the Debtor's ability to collect Accounts Receivable, and the inability to collect Accounts Receivable rendered the plan unfeasible, and the plan was not confirmed.

Dated: April 4, 2018

PARRY TYNDALL WHITE

/s/ James C. White
James C. White, N.C. Bar # 31859
100 Europa Dr. Suite 401
Chapel Hill, NC 27517
(919) 246-4676
(919) 246-9113 fax
jwhite@ptwfirm.com

*Attorney for RFI Management, Inc.*