# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 17-80247  
**Case Name:** RFI MANAGEMENT, INC.  
**For Period Ending:** 06/30/2018

**Trustee Name:** (530361) John Paul Cournoyer  
**Date Filed (f) or Converted (c):** 03/05/2018 (c)  
**§ 341(a) Meeting Date:** 04/06/2018  
**Claims Bar Date:** 07/25/2017

| 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1 | Checking Account at Wells Fargo, xxxxxx2606 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | Checking Account at Wells Fargo, xxxxxx1042 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | A/R 90 days old or less. Face amount = $131,117.62. Doubtful/Uncollectible accounts = $10,000.00. | 121,117.62 | 0.00 | | 0.00 | 121,117.62 | 154,511.82 | 0.00 |
| 4 | Desk, table, chairs, 2 sofas. Valuation Method: Liquidation | 500.00 | 500.00 | | 0.00 | 500.00 | 0.00 | 0.00 |
| 5 | Tools, wet saw, 2 carpet pullers. Valuation Method: Liquidation | 4,700.00 | 4,700.00 | | 0.00 | 4,700.00 | 0.00 | 0.00 |
| 6 | Checking Acct First Citizens Bank -9363 | 0.00 | 0.00 | | 26.34 | 0.00 | 0.00 | 0.00 |
| 7 | checking Acct First Citizen Acct -9603 | 0.00 | 0.00 | | 25.04 | 0.00 | 0.00 | 0.00 |
| 8 | Checking Acct First Citizens Bank -9494 | 0.00 | 0.00 | | 20.39 | 0.00 | 0.00 | 0.00 |
| 9 | Checking Acct First Citizens Bank -9486 | 0.00 | 0.00 | | 27.31 | 0.00 | 0.00 | 0.00 |
| 10 | Checking Acct First Citizens Bank -3796 | 0.00 | 0.00 | | 20.06 | 0.00 | 0.00 | 0.00 |
| 11 | IRS 2016 F940 tax refund (u) | 119.18 | 119.18 | | 119.18 | FA | 0.00 | 0.00 |
| **11** | **Assets Totals (Excluding unknown values)** | **$126,436.80** | **$5,319.18** | | **$238.32** | **$126,317.62** | **$154,511.82** | **$0.00** |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

Interim Report No. 1.  
Review materials and evaluate claims.  
Evaluate alleged receivables and possible draft demands to vendors.  
Review secured claim issues.  
Obtain subpoenaed materials from Wells Fargo or conduct 2004 exam to obtain same.

**Initial Projected Date Of Final Report (TFR):** 06/30/2019  
**Current Projected Date Of Final Report (TFR):** 06/30/2019

07/10/2018  
Date

/s/John Paul Cournoyer  
John Paul Cournoyer

Copy Served On: Mr. William P. Miller  
Bankruptcy Administrator

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 17-80247 | Trustee Name: | John Paul Cournoyer (530361) |
|---|---|---|---|
| Case Name: | RFI MANAGEMENT, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3217 | Account #: | ******2000 Checking |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $762,383.80 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/10/18 | {7} | RFI Management | close out First Citizens acct -9603 | 1129-000 | 25.04 | | 25.04 |
| 04/10/18 | {8} | RFI Management | close out First Citizens Bank acct -9494 | 1129-000 | 20.39 | | 45.43 |
| 04/10/18 | {9} | RFI Management | close out First Citizens Bank acct -9486 | 1129-000 | 27.31 | | 72.74 |
| 04/10/18 | {6} | RFI Management | Close out First Citizens Bank - 9363 | 1129-000 | 26.34 | | 99.08 |
| 04/10/18 | {10} | RFI Management | close out First Citizens -3796 | 1129-000 | 20.06 | | 119.14 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 109.14 |
| 05/24/18 | {11} | US Treasury | unscheduled tax refund | 1229-000 | 119.18 | | 228.32 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 218.32 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 208.32 |

| Account | ******2000 Checking | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 6 | Deposits | 238.32 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 3 | Adjustments Out | 30.00 |
| | Subtotal | 238.32 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 30.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 238.32 | | | |

Page Subtotals:    $238.32    $30.00

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| | | | |
|---|---|---|---|
| **Case No.:** | 17-80247 | **Trustee Name:** | John Paul Cournoyer (530361) |
| **Case Name:** | RFI MANAGEMENT, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***3217 | **Account #:** | ******2000 Checking |
| **For Period Ending:** | 06/30/2018 | **Blanket Bond (per case limit):** | $762,383.80 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $238.32 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $238.32 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2000 Checking | $238.32 | $30.00 | $208.32 |
| | **$238.32** | **$30.00** | **$208.32** |

07/10/2018
Date

/s/John Paul Cournoyer
John Paul Cournoyer